**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Grubhub Inc. and Takeaway.com Case Number: 1:21-cv-05312
Central Core B.V. v. The Kroger
Co., and Relish Labs LLC

An appearance is hereby filed by the undersigned as attorney for:

Defendants

Attorney name (type or print): Shoba Pillay

Firm: Jenner & Block LLP

Street address: 353 North Clark Street

City/State/Zip: Chicago, Illinois 60654-3456

Bar ID Number: 6295353          Telephone Number: 312-923-2605
(See item 3 in instructions)

Email Address: spillay@jenner.com

Are you acting as lead counsel in this case?              ☐ Yes  ☑ No

Are you acting as local counsel in this case?             ☑ Yes  ☐ No

Are you a member of the court's trial bar?                ☐ Yes  ☑ No

If this case reaches trial, will you act as the trial attorney?   ☐ Yes  ☑ No

If this is a criminal case, check your status.    ☐ Retained Counsel

                                                  ☐ Appointed Counsel
                                                  If appointed counsel, are you

                                                  ☐ Federal Defender

                                                  ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on November 3, 2021

Attorney signature:    S/ Shoba Pillay
                       (Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015