Exhibit MP11

**United States Patent and Trademark Office (USPTO)**
**Office Action (Official Letter) About Applicant's Trademark Application**

**U.S. Application Serial No.**
79299249

**Mark:**

**Correspondence Address:**
STOBBS
Building 1000,
Cambridge
Research Park
Cambridge CB25
9PD
UNITED
KINGDOM
**Applicant:**
Takeaway.com
Central Core
B.V.

**Reference/Docket No.** N/A

**Correspondence Email Address:**

# NONFINAL OFFICE ACTION

**International Registration No.** 1563598

**Notice of Provisional Full Refusal**

**Deadline for responding.** The USPTO must receive applicant's response **within six months of the "date on which the notification was sent to WIPO (mailing date)"** located on the WIPO cover letter, or the U.S. application will be abandoned (see https://www.uspto.gov/trademarks-application-process/abandoned-applications for information on abandonment). To confirm the mailing date, go to the USPTO's Trademark Status and Document Retrieval (TSDR) database at https://tsdr.uspto.gov/, select "US Serial, Registration, or Reference No.," enter the U.S. application serial number in the blank text box, and click on "Documents." The mailing date used to calculate the response deadline is the "Create/Mail Date" of the "IB-1rst Refusal Note."

Respond to this Office action using the USPTO's Trademark Electronic Application System (TEAS). A link to the appropriate TEAS response form appears at the end of this Office action.

**Discussion of provisional full refusal.** This is a provisional full refusal of the request for extension of protection to the United States of the international registration, known in the United States as a U.S. application based on Trademark Act Section 66(a). *See* 15 U.S.C. §§1141f(a), 1141h(c).

The referenced application has been reviewed by the assigned trademark examining attorney. Applicant must respond timely and completely to the issue(s) below. 15 U.S.C. §1062(b); 37 C.F.R. §§2.62(a), 2.65(a); TMEP §§711, 718.03.

SUMMARY OF ISSUES:
- Section 2(d) Refusal – Likelihood of Confusion
- Identification of Goods and Services Requires Amendment
- Mark Description Requirement
- Email Address Requirement
- U.S. Counsel Requirement

SECTION 2(d) REFUSAL – LIKELIHOOD OF CONFUSION

*This is a partial refusal only as indicated below*

Registration of the applied-for mark is refused because of a likelihood of confusion with the marks in U.S. Registration Nos. 5241586, 5294674, 5598365, 5609448.  Trademark Act Section 2(d), 15 U.S.C. §1052(d); *see* TMEP §§1207.01 *et seq.*  See the attached registrations.

Applicant's mark is:

- (design) for in relevant part "downloadable graphics for mobile phones; downloadable image files containing promotional material in the field of restaurants, online and telephone ordering and delivery of food, drink, takeaway meals, flowers, and cards; downloadable music files; downloadable electronic publications in the nature of brochures, menus, magazines, and catalogs in the field of restaurants, food and drink, takeaway meals and takeaway restaurants, electronic point of sale systems, order management, order tracking and order delivery systems and software, and online ordering and delivery of flowers and cards; computer software applications for mobile and hand-held electronic devices, namely, software for use in database management, electronic storage of data, and ordering food, drink, takeaway meals, flowers, and cards; electronic point of sale (epos) systems comprised of computer hardware, computer operating software for electronic point of sale (epos) systems; downloadable computer software to allow users to perform electronic e-commerce business transactions via a global computer network; downloadable computer software to allow users to receive and process purchase orders via a global computer network; downloadable mobile application software for ordering food, drink, flowers, cards, and takeaway meals; downloadable computer software applications to allow users to search, order, browse menus, rate, comment and track the delivery of restaurant and take-away restaurants meals online; computer software applications for processing the sale, order and delivery of customer purchase orders; computer software for use in navigation for and location identification of a delivery vehicle; magnetically encoded gift cards; magnetically encoded loyalty cards; blank memory cards and electronic chip cards intended to be purchased to be delivered as gifts to others and to allow them to make purchases in the credit limit or under the conditions stored in the cards; computer hardware systems and downloadable software, all for order management, order tracking and order delivery management; downloadable computer software for performing financial transactions in the nature of linking e-commerce websites to credit card processing networks" in International Class 9, "Advertising; business management; business administration of consumer loyalty programs; administrative processing of purchase orders; commercial administration of the licensing of the goods and services of others; commercial information and advice for consumers in the choice of products and services; compilation of information into computer databases; compiling indexes of information for commercial or advertising purposes; marketing research services; market intelligence services; provision of an on-line marketplace for buyers and sellers of goods and services; sales promotion for others; systemization of information into computer databases; updating and maintenance of data in computer databases; restaurant management for others; business advice relating to restaurant franchising; on-line ordering services in the field of restaurant take-out and delivery, flowers and cards; analysis of market research data and statistics; business consultancy services; provision of business and commercial information in the field of food and drink, flowers and cards, including restaurants and take-away restaurants; providing business and commercial information, namely, providing consumer information about restaurant listings, take-away restaurant particulars and menus on the Internet, flowers and cards providing business and commercial information, namely, providing an online commercial information directory on the Internet featuring restaurant, take away restaurant information, flowers and cards; public opinion polling; distribution of advertising material; providing consumer generated reviews of restaurants and take away restaurants for the purposes of consumer research; providing consumer information, namely, ratings and reviews of restaurants and take away restaurants, and compilations of ratings and reviews for restaurants and take away restaurants; procurement services, namely, purchasing food, drink, takeaway meals, flowers and cards; computerized online ordering services in the field of delivery of food, drink, takeaway meals, restaurants, flowers and cards; ordering services for third parties; the bringing together, for the benefit of others, of a variety of take-away restaurant and restaurant services, enabling customers to conveniently view and purchase those services online via an internet website, via telephone order or via a computer software application; marketing and promoting the goods and services of others by distributing coupons; organisation, operation and supervision of consumer loyalty and incentive schemes; administration of programs to enable customers to obtain discounts on services provided by restaurants and take-away restaurants; customer services, namely, responding to customer inquiries on behalf of others in the field of delivery of food, drink, takeaway meals, restaurants, flowers and cards; organization of competitions and awarding of prizes for commercial or advertising purposes; sales promotion for others; awarding of prizes for marketing purposes; provision of an on-line marketplace for buyers and sellers of food and drink; online and telephone retail store services relating to the sale of food and drink, flowers and cards; information, advisory and consultancy services relating to the aforesaid" in international Class 35, "access to databases on the internet, telecommunication services, namely, audiovisual communication services by computer terminals; electronic message delivery services; electronic order transmission services; electronic transmission of images, photographs, graphic images messages, data and illustrations over a global computer network and via the internet; interactive telecommunication services, namely, delivery of video over digital networks; providing access to e-commerce platforms on the internet; providing access to information via the internet; providing access to online marketing place; web messaging; providing electronic bulletin boards; providing online forum services in the field of food, drink, flowers and cards; transmission of consumer generated reviews online via telecommunications networks; transmission of consumer generated reviews for restaurants, take away restaurants, flower and card services online via telecommunications networks; operation of an online portal for the delivery of takeaway restaurant and restaurant meals, and for

other goods; web based portal to provide information for the ordering of takeaway restaurant and restaurant meals; information, advisory and consultancy services relating to the aforesaid" in International Class 38, "Packaging and storage of goods; coordinating travel arrangements for individuals and groups; delivery services, namely, delivery of flowers, cards, food, drink by restaurants; food delivery services; arranging the delivery of takeaway restaurant and restaurant meals, flowers and cards, and for other goods, online, including via a website or software application and telephone by air, road, rail and sea; arranging the delivery of goods by air, road, rail and sea; arrangement of transport of goods by air, road, rail and sea; packing of food; food transportation services, namely, transport of food and drink; refrigerated transport of food; providing transport and travel information via mobile telecommunications apparatus and devices; arranging the delivery of goods; advisory services relating to the transportation of goods; advisory services relating to the packing of goods; arrangement of transport of goods; arranging the collection of goods for the delivery of takeaway restaurant and restaurant meals, and for other goods, online and telephone; computerised information services relating to transport, namely, transportation information services; delivery of wines; delivery of water; delivery of flowers; delivery of cards; delivery of spirits; global positioning system navigation services; loading and unloading of goods; motor vehicle transport services; delivery services, namely, packaging of goods in transit; storage of goods for transportation; storage of food; transport by man-powered vehicles; vehicle routing by computer on data networks; information, advisory and consultancy services relating to the aforesaid" in International Class 39; "inspection of foodstuffs for quality control purposes; quality control relating to the hygiene of food; providing on-line, non-downloadable software on a global computer network for ordering and delivery of takeaway restaurant and restaurant meals and for other goods; food research; application service provider, namely, hosting of software for wireless communication and hosting websites on the internet for performing various transactions; hosting of e-commerce website platforms on the internet; application service provider (asp) services, namely, hosting computer software for order management, order tracking and order delivery systems and for operating electronic point of sale systems; application service provider (asp) services, namely, hosting computer software featuring technology that allows users to perform electronic business transactions via a global computer network; hosting internet website platforms for others for performing e-commerce transactions; provision of temporary use of online non-downloadable software tools and software platforms to facilitate electronic business transactions via a global computer network and to allow users to receive, process, and manage purchase orders online; providing temporary use of non-downloadable software to facilitate the processing, tracking and delivery of customer purchase orders; providing temporary use online of non-downloadable software to facilitate communication between customer, seller and delivery vehicle; consultancy services related to electronic point of sale (epos) systems, namely, computer hardware and computer software systems for providing telephonic and on-line support to customers; consultancy services related to the setting up and operation of websites and internet portals proving temporary access to online non-downloadable software to facilitate the processing, tracking, and delivery of customer purchase orders" in International Class 42 and "Services for providing food and drink; restaurant services; bar services; catering services; canteen services; provision of temporary accommodation; fast food restaurants; takeaway food and drink services, namely, providing food and drink via bicycle, motor vehicles; providing reviews of restaurants and bars; making reservation and booking services for restaurants and meals; provision of restaurant and bar information relating to food and drink online and by telephone; operation of a website for the ordering of takeaway restaurant and restaurant meals; provision of information relating to food and drink online; serving food and drink; preparation of food and drink; consulting services related to corporate hospitality services relating to food and drink; providing food and drink via mobile transportation, mobile vans, mobile trucks, mobile vehicles; information, advisory and consultancy services relating to the aforesaid" International Class 43

The registrant's marks are:

- (design) for "food and meal delivery services for at home self-preparation meals" in International Class 39
- (design) for "providing personalized meal planning of meals that are delivered to individuals' homes for at home self-preparation meals" in International Class 43
- HOME CHEF (and design) for "providing personalized meal planning of meals that are delivered to individuals' homes for at home self-preparation meals for nonprofessional cooks" in International Class 43
- HOME CHEF (and design) "food and meal delivery services for at home self-preparation meals for nonprofessional cooks" in International Class 39

Trademark Act Section 2(d) bars registration of an applied-for mark that is so similar to a registered mark that it is likely consumers would be confused, mistaken, or deceived as to the commercial source of the goods and/or services of the parties. *See* 15 U.S.C. §1052(d). Likelihood of confusion is determined on a case-by-case basis by applying the factors set forth in *In re E. I. du Pont de Nemours & Co.*, 476 F.2d 1357, 1361, 177 USPQ 563, 567 (C.C.P.A. 1973) (called the "*du Pont* factors"). *In re i.am.symbolic, llc*, 866 F.3d 1315, 1322, 123 USPQ2d 1744, 1747 (Fed. Cir. 2017). Any evidence of record related to those factors need be considered; however, "not all of the *DuPont* factors are relevant or of similar weight in every case." *In re Guild Mortg. Co.*, 912 F.3d 1376, 1379, 129 USPQ2d 1160, 1162 (Fed. Cir. 2019) (quoting *In re Dixie Rests., Inc.*, 105 F.3d 1405, 1406, 41 USPQ2d 1531, 1533 (Fed. Cir. 1997)).

Although not all *du Pont* factors may be relevant, there are generally two key considerations in any likelihood of confusion analysis: (1) the similarities between the compared marks and (2) the relatedness of the compared goods and/or services. *See In re i.am.symbolic, llc*, 866 F.3d at 1322, 123 USPQ2d at 1747 (quoting *Herbko Int'l, Inc. v. Kappa Books, Inc.*, 308 F.3d 1156, 1164-65, 64 USPQ2d 1375, 1380 (Fed. Cir. 2002)); *Federated Foods, Inc. v. Fort Howard Paper Co.*, 544 F.2d 1098, 1103, 192 USPQ 24, 29 (C.C.P.A. 1976) ("The fundamental inquiry mandated

by [Section] 2(d) goes to the cumulative effect of differences in the essential characteristics of the goods [or services] and differences in the marks."); TMEP §1207.01.

<u>Comparison of the Marks</u>

Marks are compared in their entireties for similarities in appearance, sound, connotation, and commercial impression. *Stone Lion Capital Partners, LP v. Lion Capital LLP*, 746 F.3d 1317, 1321, 110 USPQ2d 1157, 1160 (Fed. Cir. 2014) (quoting *Palm Bay Imps., Inc. v. Veuve Clicquot Ponsardin Maison Fondee En 1772*, 396 F.3d 1369, 1371, 73 USPQ2d 1689, 1691 (Fed. Cir. 2005)); TMEP §1207.01(b)-(b)(v). "Similarity in any one of these elements may be sufficient to find the marks confusingly similar." *In re Inn at St. John's, LLC*, 126 USPQ2d 1742, 1746 (TTAB 2018) (citing *In re Davia*, 110 USPQ2d 1810, 1812 (TTAB 2014)), *aff'd per curiam*, 777 F. App'x 516, 2019 BL 343921 (Fed. Cir. 2019); TMEP §1207.01(b).

*U.S. Registration Nos. 5241586 & 5294674*

When the marks at issue are both design marks, similarity of the marks is determined primarily on the basis of visual similarity. *See, e.g., Volkswagenwerk Aktiengesellschaft v. Rose 'Vear Enters.*, 592 F.2d 1180, 1183, 201 USPQ 7, 9 (C.C.P.A. 1979) (quoting *In re ATV Network Ltd.*, 552 F.2d 925, 929, 193 USPQ 331, 332 (C.C.P.A. 1977)); *Ft. James Operating Co. v. Royal Paper Converting Inc.*, 83 USPQ2d 1624, 1628 (TTAB 2007); TMEP §1207.01(c). However, a side-by-side comparison is not the test. *See Grandpa Pidgeon's of Mo., Inc. v. Borgsmiller*, 477 F.2d 586, 587, 177 USPQ 573, 574 (C.C.P.A. 1973). When comparing design marks, the focus is on the overall commercial impression conveyed by such marks, not on specific differences. *See Grandpa Pidgeon's of Mo., Inc. v. Borgsmiller*, 477 F.2d at 587, 177 USPQ at 574; *In re Triple R Mfg. Corp.*, 168 USPQ 447, 448 (TTAB 1970); TMEP §1207.01(c).

In this case, both marks are comprised of a single fork and a single knife within the inside of a house design. In addition, the positioning of the fork and knife are both the same with both the fork and knife facing in the same direction and with the fork being on the left and the knife on the right.

When comparing marks, "[t]he proper test is not a side-by-side comparison of the marks, but instead whether the marks are sufficiently similar in terms of their commercial impression such that [consumers] who encounter the marks would be likely to assume a connection between the parties." *Cai v. Diamond Hong, Inc.*, 901 F.3d 1367, 1373, 127 USPQ2d 1797, 1801 (Fed. Cir. 2018) (quoting *Coach Servs., Inc. v. Triumph Learning LLC*, 668 F.3d 1356, 1368, 101 USPQ2d 1713, 1721 (Fed. Cir. 2012)); TMEP §1207.01(b). The proper focus is on the recollection of the average purchaser, who retains a general rather than specific impression of trademarks. *In re Inn at St. John's, LLC*, 126 USPQ2d 1742, 1746 (TTAB 2018) (citing *In re St. Helena Hosp.*, 774 F.3d 747, 750-51, 113 USPQ2d 1082, 1085 (Fed. Cir. 2014); *Geigy Chem. Corp. v. Atlas Chem. Indus., Inc.*, 438 F.2d 1005, 1007, 169 USPQ 39, 40 (C.C.P.A. 1971)), *aff'd per curiam*, 777 F. App'x 516, 2019 BL 343921 (Fed. Cir. 2019); TMEP §1207.01(b).

*U.S. Registration Nos. 5598365 & 5609448*

In this case, the designs in applicant's mark and the marks in the cited registrations are highly similar. The design portion of the marks are both with the fork being on the left and the knife on the right.

Although applicant's mark does not contain the entirety of the registered mark, applicant's mark is likely to appear to prospective purchasers as a shortened form of registrant's mark. *See In re Mighty Leaf Tea*, 601 F.3d 1342, 1348, 94 USPQ2d 1257, 1260 (Fed. Cir. 2010) (quoting *United States Shoe Corp.*, 229 USPQ 707, 709 (TTAB 1985)). Thus, merely omitting some of the wording from a registered mark may not overcome a likelihood of confusion. *See In re Mighty Leaf Tea*, 601 F.3d 1342, 94 USPQ2d 1257; *In re Optica Int'l*, 196 USPQ 775, 778 (TTAB 1977); TMEP §1207.01(b)(ii)-(iii). In this case, applicant's mark does not create a distinct commercial impression from the registered mark because it contains some of the wording in the registered mark and does not add any wording that would distinguish it from that mark.

Thus, applicant's mark and the marks in the cited registrations are confusingly similar.

<u>Comparison of the Goods and Services</u>

The goods and/or services are compared to determine whether they are similar, commercially related, or travel in the same trade channels. *See Coach Servs., Inc. v. Triumph Learning LLC*, 668 F.3d 1356, 1369-71, 101 USPQ2d 1713, 1722-23 (Fed. Cir. 2012); *Herbko Int'l, Inc. v. Kappa Books, Inc.*, 308 F.3d 1156, 1165, 64 USPQ2d 1375, 1381 (Fed. Cir. 2002); TMEP §§1207.01, 1207.01(a)(vi).

The compared goods and/or services need not be identical or even competitive to find a likelihood of confusion. *See On-line Careline Inc. v. Am. Online Inc.*, 229 F.3d 1080, 1086, 56 USPQ2d 1471, 1475 (Fed. Cir. 2000); *Recot, Inc. v. Becton*, 214 F.3d 1322, 1329, 54 USPQ2d 1894, 1898 (Fed. Cir. 2000); TMEP §1207.01(a)(i). They need only be "related in some manner and/or if the circumstances surrounding their marketing are such that they could give rise to the mistaken belief that [the goods and/or services] emanate from the same source." *Coach Servs., Inc. v. Triumph Learning LLC*, 668 F.3d 1356, 1369, 101 USPQ2d 1713, 1722 (Fed. Cir. 2012) (quoting *7-Eleven Inc. v. Wechsler*, 83 USPQ2d 1715,

1724 (TTAB 2007)); TMEP §1207.01(a)(i).

Generally, the greater degree of similarity between the applied-for mark and the registered mark, the lesser the degree of similarity between the goods and/or services of the parties is required to support a finding of likelihood of confusion. *In re C.H. Hanson Co.*, 116 USPQ2d 1351, 1353 (TTAB 2015) (citing *In re Opus One Inc.*, 60 USPQ2d 1812, 1815 (TTAB 2001)); *In re Thor Tech, Inc.*, 90 USPQ2d 1634, 1636 (TTAB 2009).

Determining likelihood of confusion is based on the description of the goods and/or services stated in the application and registration at issue, not on extrinsic evidence of actual use. *See In re Detroit Athletic Co.*, 903 F.3d 1297, 1307, 128 USPQ2d 1047, 1052 (Fed. Cir. 2018) (citing *In re i.am.symbolic, llc*, 866 F.3d 1315, 1325, 123 USPQ2d 1744, 1749 (Fed. Cir. 2017)).

In this case, the application use(s) broad wording to describe "delivery services, namely, delivery of flowers, cards, food, drink by restaurants; food delivery services; arranging the delivery of takeaway restaurant and restaurant meals, flowers and cards, and for other goods, online, including via a website or software application and telephone by air, road, rail and sea; arranging the delivery of goods by air, road, rail and sea; arrangement of transport of goods by air, road, rail and sea; food transportation services, namely, transport of food and drink; refrigerated transport of food; arranging the delivery of goods; arrangement of transport of goods; delivery of wines; delivery of water; delivery of spirits", which presumably encompasses all goods and/or services of the type described, including the services in the cited registrations, notably, registrant's more narrow "food and meal delivery services for at home self-preparation meals" and "food and meal delivery services for at home self-preparation meals for nonprofessional cooks" services. In addition, applicant's services, notably, "Services for providing food and drink; providing food and drink via mobile transportation, mobile vans, mobile trucks, mobile vehicles" is broadly worded and encompasses registrant's "providing personalized meal planning of meals that are delivered to individuals' homes for at home self-preparation meals" and "providing personalized meal planning of meals that are delivered to individuals' homes for at home self-preparation meals for nonprofessional cooks" services. *See, e.g., In re Solid State Design Inc.*, 125 USPQ2d 1409, 1412-15 (TTAB 2018); *Sw. Mgmt., Inc. v. Ocinomled, Ltd.*, 115 USPQ2d 1007, 1025 (TTAB 2015). Thus, applicant's and registrant's services are legally identical. *See, e.g., In re i.am.symbolic, llc*, 127 USPQ2d 1627, 1629 (TTAB 2018) (citing *Tuxedo Monopoly, Inc. v. Gen. Mills Fun Grp., Inc.*, 648 F.2d 1335, 1336, 209 USPQ 986, 988 (C.C.P.A. 1981); *Inter IKEA Sys. B.V. v. Akea, LLC*, 110 USPQ2d 1734, 1745 (TTAB 2014); *Baseball Am. Inc. v. Powerplay Sports Ltd.*, 71 USPQ2d 1844, 1847 n.9 (TTAB 2004)).

Additionally, the goods and/or services of the parties have no restrictions as to nature, type, channels of trade, or classes of purchasers and are "presumed to travel in the same channels of trade to the same class of purchasers." *In re Viterra Inc.*, 671 F.3d 1358, 1362, 101 USPQ2d 1905, 1908 (Fed. Cir. 2012) (quoting *Hewlett-Packard Co. v. Packard Press, Inc.*, 281 F.3d 1261, 1268, 62 USPQ2d 1001, 1005 (Fed. Cir. 2002)). Thus, applicant's and registrant's goods and/or services are related.

In addition, please see the attached Internet evidence showing services being provided by registrant in the nature of downloadable software, non-downloadable software and other services of similarity to applicant's services. This evidence shows that applicant's goods and services are related to registrant's services. In addition, please see the attached third party websites establishing that the same entity commonly manufactures, produces, or provides the relevant goods and/or services and markets the goods and/or services under the same mark. Moreover this evidence also shows that the relevant goods and/or services are sold or provided through the same trade channels and used by the same classes of consumers in the same fields of use. Thus, applicant's and registrant's goods and/or services are considered related for likelihood of confusion purposes. *See, e.g., In re Davey Prods. Pty Ltd.*, 92 USPQ2d 1198, 1202-04 (TTAB 2009); *In re Toshiba Med. Sys. Corp.*, 91 USPQ2d 1266, 1268-69, 1271-72 (TTAB 2009).

In total, the marks create the same commercial impression and the evidence shows that the goods and/or services are commercially related and likely to be encountered together in the marketplace by consumers. Upon encountering applicant's mark and the registered marks, consumers are likely to be confused and mistakenly believe that the respective goods and/or services emanate from a common source. Therefore, registration must be refused based upon Trademark Act Section 2(d).

Although applicant's mark has been refused registration, applicant may respond to the refusal(s) by submitting evidence and arguments in support of registration.

If applicant responds to the refusal(s), applicant must also respond to the requirement(s) set forth below.


IDENTIFICATION OF GOODS AND/OR SERVICES REQUIRES AMENDMENT

The wording indicated below in the identification of goods and/or services is indefinite and too broad. This wording must be clarified because it is not clear what the goods and/or services are and could identify goods and/or services in more than one international class. *See* 37 C.F.R. §2.32(a)(6); TMEP §§1402.01, 1402.03, 1904.02(c), (c)(ii). Specifically, applicant must provide additional clarifying language as indicated below with sufficient clarity to ensure the goods and services are properly classified.

In an application filed under Trademark Act Section 66(a), an applicant may not change the classification of goods and/or services from that

assigned by the International Bureau of the World Intellectual Property Organization in the corresponding international registration. 37 C.F.R. §2.85(d); TMEP §§1401.03(d), 1904.02(b). Therefore, although the goods and/or services may be classified in several international classes, any modification to this wording must identify goods and/or services in the class(es) specified in the application for these goods and/or services. *See* TMEP §1904.02(c), (c)(ii).

Applicant may adopt the following wording, if accurate (suggestions in **bold**):

International Class 9: Computers; data processing apparatus; downloadable graphics for mobile phones; downloadable image files containing promotional material in the field of restaurants, online and telephone ordering and delivery of food, drink, takeaway meals, flowers, and cards; downloadable music files; downloadable electronic publications in the nature of brochures, menus, magazines, and catalogs in the field of restaurants, food and drink, takeaway meals and takeaway restaurants, electronic point of sale systems, order management, order tracking and order delivery systems and software, and online ordering and delivery of flowers and cards; food analysis apparatus in the nature of food safety monitoring devices, namely, thermometers not for medical purposes and alarm sensors for detecting bacteria in foods; interfaces for computers; computer software applications for mobile and hand-held electronic devices, namely, **{specify e.g., downloadable}** software for use in database management, electronic storage of data, and ordering food, drink, takeaway meals, flowers, and cards; electronic payment machines; electronic point of sale (epos) systems comprised of computer hardware, **{specify e.g., recorded}** computer operating software for electronic point of sale (epos) systems; downloadable computer software to allow users to perform electronic e-commerce business transactions via a global computer network; downloadable computer software to allow users to receive and process purchase orders via a global computer network; downloadable mobile application software for ordering food, drink, flowers, cards, and takeaway meals; downloadable computer software applications to allow users to search, order, browse menus, rate, comment and track the delivery of restaurant and take-away restaurants meals online; **{specify e.g., downloadable}** computer software applications for processing the sale, order and delivery of customer purchase orders; **{specify e.g., downloadable}** computer software for use in navigation for and location identification of a delivery vehicle; magnetically encoded gift cards; magnetically encoded **gift** loyalty cards; blank memory cards and **blank** electronic chip cards intended to be purchased to be delivered as gifts to others and to allow them to make purchases in the credit limit or under the conditions stored in the cards; computer hardware systems **comprised of {specify e.g., computer hardware with embedded recorded operating system software}** and downloadable software, all for order management, order tracking and order delivery management; downloadable computer software for performing financial transactions in the nature of linking e-commerce websites to credit card processing networks

International Class 21: **{specify e.g., Beverage g}**lassware, porcelain **{specify e.g., mugs}** and earthenware **{specify e.g. mugs and jars}**; household and kitchen utensils, **namely, {specify e.g., kitchen tongs, basting spoons and serving scoops for ice cream}** and containers **for household and kitchen use; {specify e.g., disposable aluminum}** foil containers for food; bottles, **sold empty**; heat-insulated containers for foodstuffs; mugs, cups, and **{specify porcelain and earthenware goods e.g., cake toppers}** of porcelain and earthenware; disposable cups; paper plates; biodegradable paper pulp-based plates, bowls and cups; drinking straws; isothermic bags, **namely, {specify e.g., thermal insulated bags for food or beverages}**; isothermic bags, **namely, {thermal insulated bags}** for delivering meals from restaurants or take away restaurants; isothermic bags, **namely, {specify, e.g., thermal insulated bags}** for pizzas; tableware, cookware and containers, **namely, {specify goods by common commercial name e.g., tea services in the nature of tableware, roasting pans and pots, and kitchen containers}**; cookware, **namely, pots and pans** ~~(pots and pans)~~; cookware and tableware, except forks, knives and spoons, **namely {specify goods by common commercial name, e.g., steamers}**; thermal insulated bags for food or beverages; thermal insulated containers for food or beverage; thermal insulated tote bags for food or beverages; thermal insulated wrap for cans to keep the contents cold or hot; wine glasses

International Class 25: Clothing, **namely, {specify clothing items by common commercial name, e.g., t-shirts, pants, shorts, and sweaters}** footwear, headwear; aprons; baseball hats and caps; jackets; waterproof jackets; t-shirts; shirts; trousers; waterproof trousers; jogging bottoms **as clothing**; sweatshirts; jumpers; hoodies

International Class 35: Advertising; business management; business administration of consumer loyalty programs; administrative processing of purchase orders; commercial administration of the licensing of the goods and services of others; commercial information and advice for consumers in the choice of products and services; compilation of information into computer databases; compiling indexes of information for commercial or advertising purposes; marketing research services; market intelligence services; provision of an on-line marketplace for buyers and sellers of goods and services; sales promotion for others; systemization of information into computer databases; updating and maintenance of data in computer databases; restaurant management for others; business advice relating to restaurant franchising; on-line ordering services in the field of restaurant take-out and delivery, flowers and cards; analysis of market research data and statistics; business consultancy services; provision of business and commercial information in the field of food and drink, flowers and cards, including restaurants and take-away restaurants; providing business and commercial information, namely, providing consumer information about restaurant listings, take-away restaurant particulars and menus on the Internet, flowers and cards providing business and commercial information, namely, providing an online commercial information directory on the Internet featuring restaurant, take away restaurant information, flowers and cards; public opinion polling; distribution of advertising material; providing consumer generated reviews of restaurants and take away restaurants for the purposes of consumer research **for commercial purposes**; providing consumer information, namely, ratings and reviews of **{specify, e.g., food and wine}** from restaurants and take away restaurants, and compilations of ratings and reviews for restaurants and take away restaurants **for commercial purposes**; procurement

services, namely, purchasing food, drink, takeaway meals, flowers and cards **for others**; computerized online ordering services in the field of delivery of food, drink, takeaway meals, restaurants, flowers and cards; ordering services for third parties, **namely, {specify services, e.g., online ordering services in the field of restaurant take-out and delivery}**; the bringing together, for the benefit of others, of a variety of take-away restaurant and restaurant services, **excluding the transport thereof** enabling customers to conveniently view and purchase those services **by means of an** online **retail store** via an internet website, via telephone order or via a computer software application; marketing **services** and promoting the goods and services of others by distributing coupons; organisation, operation and supervision of consumer loyalty and incentive schemes **to promote the sale of products and services of others**; administration of programs to enable customers to obtain discounts on services provided by restaurants and take-away restaurants; customer services, namely, responding to customer inquiries on behalf of others in the field of delivery of food, drink, takeaway meals, restaurants, flowers and cards; organization of competitions and awarding of prizes **in the nature of {specify services in International Class 35, e.g., arranging and conducting business competitions for entrepreneurs to compete for seed capital to facilitate business activities}** for commercial or advertising purposes; sales promotion for others; **{specify services, e.g., administration of a customer loyalty program which provides for incentive award prize programs for marketing purposes to promote the goods and services of others**; provision of an on-line marketplace for buyers and sellers of food and drink; online and telephone retail store services ~~relating to the sale of~~ **featuring** food and drink, flowers and cards; information, advisory and consultancy services relating to the aforesaid

International Class 38: Telecommunications services, namely, providing access to the Internet for accessing content, websites and portals; providing access to databases on the internet**;** telecommunication services, namely, audiovisual communication ~~services~~ by computer terminals; communication by electronic computer terminals; electronic **transmission** message delivery services; electronic order transmission services; electronic transmission of images, photographs, graphic images messages, data and illustrations over a global computer network and via the internet; interactive telecommunication services, namely, delivery of video over digital networks; providing access to **the Internet for accessing** e-commerce platforms ~~on the internet~~; providing access **to the Internet for accessing** information ~~via the internet~~; providing access to **the Internet for accessing an** online marketing place; web messaging; providing electronic bulletin boards; providing online forum services in the field of food, drink, flowers and cards; transmission of consumer generated reviews online via telecommunications networks; transmission of consumer generated reviews for restaurants, take away restaurants, flower and card services online via telecommunications networks; ~~operation of an online portal~~ **{specify services in International Class 38, e.g., providing on-line communication links which transfer the website user to other local and global webpages** for the delivery of takeaway restaurant and restaurant meals, and for other goods; ~~web based portal~~ **{specify services in International Class 38, e.g., providing an online forums for user** to provide information for the ordering of takeaway restaurant and restaurant meals; information, advisory and consultancy services relating to the aforesaid

International Class 39: Packaging and storage of goods; coordinating travel arrangements for individuals and groups; delivery services, namely, delivery of flowers, cards, food, drink by restaurants; food delivery services; arranging the delivery of takeaway restaurant and restaurant meals, flowers and cards, and for other goods, online, including via a website or software application and telephone by air, road, rail and sea; arranging the delivery of goods by air, road, rail and sea; arrangement of transport of goods by air, road, rail and sea; packing of food; food transportation services, namely, transport of food and drink; refrigerated transport of food; providing transport and travel information via mobile telecommunications apparatus and devices; arranging the delivery of goods; advisory services relating to the transportation of goods; advisory services relating to the packing of goods; arrangement of transport of goods; arranging the collection of goods for the delivery of takeaway restaurant and restaurant meals, and for other goods, online and telephone; computerised information services relating to transport, namely, transportation information services; delivery of wines; delivery of water; delivery of flowers; delivery of cards; delivery of spirits; global positioning system navigation services; loading and unloading of goods; motor vehicle transport services; delivery services, namely, packaging of goods in transit; storage of goods for transportation; storage of food; mass transit services for the general public; transport by man-powered vehicles; vehicle routing by computer on data networks; information, advisory and consultancy services relating to the aforesaid

International Class 42: Design and development of computer hardware and software; industrial analysis and research services, namely, analysis of the goods of others to assure compliance with industry standards and scientific research services; building and maintaining websites; inspection of foodstuffs for quality control purposes; quality control relating to the hygiene of food; providing on-line, non-downloadable software on a global computer network for ordering and delivery of takeaway restaurant and restaurant meals and for other goods; computer website design; development and design of computer software mobile applications; creating and maintaining websites for mobile phones; development of application software for delivery of multimedia content; authentication services, namely, authentication of data in the nature of digital certificates via telecommunications means; computer **{specify, e.g., system}** design and programming services; design of internet pages; food research; information technology consulting services relating to the application of computer systems; programming of computer software for provision of geographical information for others; software as a service (saas) services, namely, hosting software for use by others for use in database management; product research and development; application service provider, namely, hosting of **computer** software for wireless communication **for others** and hosting websites on the internet for performing various transactions; hosting of e-commerce website platforms on the internet; application service provider (asp) services, namely, hosting computer software for order management, order tracking and order delivery systems and for operating electronic point of sale systems **of others**; application service provider (asp) services, namely, hosting computer software **for others** featuring technology that allows users to perform electronic business transactions via a global computer network; hosting internet website platforms for others for performing e-commerce transactions; provision of temporary use of online non-downloadable software tools and software platforms

to facilitate electronic business transactions via a global computer network and to allow users to receive, process, and manage purchase orders online; providing temporary use online of non-downloadable software to facilitate the processing, tracking and delivery of customer purchase orders; providing temporary use online of non-downloadable software to facilitate communication between customer, seller and delivery vehicle; consultancy services related to electronic point of sale (epos) systems, namely, computer hardware and computer software systems for providing telephonic and on-line support to customers; consultancy services related to the setting up and operation of websites and internet portals **providing** temporary access to online non-downloadable software to facilitate the processing, tracking, and delivery of customer purchase orders; website security services, namely, restricting unauthorized access to websites for the protection of personal and financial data; advisory services relating to computer security; leasing of computer hardware and computer peripheral equipment for use in electronic point of sale (epos) transactions; technical data analysis services, namely, data automation and collection service using proprietary software to analyze service data

International Class 43: Services for providing food and drink; restaurant services; bar services; catering services; canteen services; provision of temporary accommodation; fast food restaurants; takeaway food and drink services, namely, providing food and drink via bicycle, motor vehicles; providing reviews of restaurants and bars; making reservation and booking services for restaurants and meals; provision of restaurant and bar information relating to food and drink online and by telephone; ~~operation of a website~~ {specify services in international Class 43, e.g., **providing a website featuring menu ordering information in the field of}** ~~for the ordering of~~ takeaway restaurant and restaurant meals; provision of information relating to food and drink online; serving food and drink; preparation of food and drink; consulting services related to corporate hospitality services relating to food and drink; providing food and drink via mobile transportation, mobile vans, mobile trucks, mobile vehicles; information, advisory and consultancy services relating to the aforesaid

Applicant may amend the identification to clarify or limit the goods and/or services, but not to broaden or expand the goods and/or services beyond those in the original application or as acceptably amended. *See* 37 C.F.R. §2.71(a); TMEP §1402.06. Generally, any deleted goods and/or services may not later be reinserted. *See* TMEP §1402.07(e). Additionally, for applications filed under Trademark Act Section 66(a), the scope of the identification for purposes of permissible amendments is limited by the international class assigned by the International Bureau of the World Intellectual Property Organization (International Bureau); and the classification of goods and/or services may not be changed from that assigned by the International Bureau. 37 C.F.R. §2.85(d); TMEP §§1401.03(d), 1904.02(b). Further, in a multiple-class Section 66(a) application, classes may not be added or goods and/or services transferred from one existing class to another. 37 C.F.R. §2.85(d); TMEP §1401.03(d).

For assistance with identifying and classifying goods and services in trademark applications, please see the USPTO's online searchable *U.S. Acceptable Identification of Goods and Services Manual*. *See* TMEP §1402.04.


MARK DESCRIPTION REQUIREMENT

Applicant must submit a description of the mark, because one was not included in the application. 37 C.F.R. §2.37; *see* TMEP §§808.01, 808.02. Applications for marks not in standard characters must include an accurate and concise description of the entire mark that identifies all the literal and design elements. *See* 37 C.F.R. §2.37; TMEP §§808.01, 808.02, 808.03(b). In this case, the drawing of the mark is not in standard characters.

The following description is suggested, if accurate: **The mark consists of a fork and a knife within the inside of a shaded house design.**


EMAIL ADDRESS REQUIREMENT

**Email address required.** Applicant must provide applicant's email address, which is a requirement for a complete application. *See* 37 C.F.R. §2.32(a)(2); *Mandatory Electronic Filing & Specimen Requirements*, Examination Guide 1-20, at III.A. (Rev. Feb. 2020). Applicant's email address cannot be identical to the listed primary correspondence email address of any attorney retained to represent applicant in this application. *See* Examination Guide 1-20, at III.A.

U.S. COUNSEL REQUIREMENT

**Applicant must be represented by a U.S.-licensed attorney to respond to or appeal the provisional refusal.** An applicant whose domicile is located outside of the United States or its territories is foreign-domiciled and must be represented by an attorney who is an active member in good standing of the bar of the highest court of a U.S. state or territory. 37 C.F.R. §§2.11(a), 11.14; *Requirement of U.S.-Licensed Attorney for Foreign-Domiciled Trademark Applicants & Registrants*, Examination Guide 4-19, at I.A. (Rev. Sept. 2019). An individual applicant's domicile is the place a person resides and intends to be the person's principal home. 37 C.F.R. §2.2(o); Examination Guide 4-19, at I.A. A juristic entity's domicile is the principal place of business; i.e., headquarters, where a juristic entity applicant's senior executives or officers ordinarily direct and control the entity's activities. 37 C.F.R. §2.2(o); Examination Guide 4-19, at I.A. Because applicant is foreign-domiciled, applicant must appoint such a U.S.-licensed attorney qualified to practice under 37 C.F.R. §11.14 as its representative before the application may proceed

to registration. 37 C.F.R. §2.11(a). See Hiring a U.S.-licensed trademark attorney at https://www.uspto.gov/trademarks-getting-started/why-hire-private-trademark-attorney for more information.

Only a U.S.-licensed attorney can take action on an application on behalf of a foreign-domiciled applicant. 37 C.F.R. §2.11(a). Accordingly, the USPTO will not communicate further with applicant about the application beyond this Office action or permit applicant to make future submissions in this application.

**To appoint or designate a U.S.-licensed attorney.** To appoint an attorney, applicant should submit a completed Trademark Electronic Application System (TEAS) Change Address or Representation form at https://teas.uspto.gov/wna/ccr/car. The newly-appointed attorney must submit a TEAS Response to Examining Attorney Office Action form at https://teas.uspto.gov/office/roa/ indicating that an appointment of attorney has been made and address all other refusals or requirements in this action, if any. Alternatively, if applicant retains an attorney before filing the response, the attorney can respond to this Office action by using the appropriate TEAS response form and provide his or her attorney information in the form and sign it as applicant's attorney. *See* 37 C.F.R. §2.17(b)(1)(ii).

RESPONSE GUIDELINES

**Response guidelines**. For this application to proceed, applicant must explicitly address each refusal and/or requirement in this Office action. For a refusal, applicant may provide written arguments and evidence against the refusal, and may have other response options if specified above. For a requirement, applicant should set forth the changes or statements. Please see "Responding to Office Actions" and the informational video "Response to Office Action" for more information and tips on responding.

**How to respond. Click to file a response to this nonfinal Office action.**

/Krystina Osgood/
Examining Attorney
Law Office 121
U.S. Patent and Trademark Office
(571) 272-8403
Krystina.Osgood@uspto.gov

## RESPONSE GUIDANCE

- **Missing the response deadline to this letter will cause the application to abandon.** A response or notice of appeal must be received by the USPTO before midnight **Eastern Time** of the last day of the response period. TEAS and ESTTA maintenance or unforeseen circumstances could affect an applicant's ability to timely respond.

- **Responses signed by an unauthorized party** are not accepted and can **cause the application to abandon**. If applicant does not have an attorney, the response must be signed by the individual applicant, all joint applicants, or someone with legal authority to bind a juristic applicant. If applicant has an attorney, the response must be signed by the attorney.

- If needed, **find contact information for the supervisor** of the office or unit listed in the signature block.

**Print: Jan 6, 2021**                              **87302122**

**DESIGN MARK**

**Serial Number**
87302122

**Status**
REGISTERED

**Registration Number**
5241586

**Date Registered**
2017/07/11

**Type of Mark**
SERVICE MARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(2) DESIGN ONLY

**Owner**
RELISH LABS LLC DBA HOME CHEF LIMITED LIABILITY COMPANY DELAWARE 400
N. MICHIGAN AVE., SUITE 1400 CHICAGO ILLINOIS 60611

**Goods/Services**
Class Status -- ACTIVE.  IC 039.  US  100 105.  G & S: food and meal
delivery services for at home self-preparation meals.  First Use:
2014/06/00.  First Use In Commerce: 2014/06/00.

**Description of Mark**
The mark consists of a fork and knife inside an outline of a house.

**Colors Claimed**
Color is not claimed as a feature of the mark.

**Filing Date**
2017/01/13

**Examining Attorney**
OEHRLEIN,STEFAN

**Attorney of Record**
Laura C. Gustafson



**Print: Jan 6, 2021**                                    **87302128**

**DESIGN MARK**

**Serial Number**
87302128

**Status**
REGISTERED

**Word Mark**
HOME CHEF

**Standard Character Mark**
No

**Registration Number**
5609448

**Date Registered**
2018/11/20

**Type of Mark**
SERVICE MARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(3) DESIGN PLUS WORDS, LETTERS AND/OR NUMBERS

**Owner**
RELISH LABS LLC DBA HOME CHEF LIMITED LIABILITY COMPANY DELAWARE 400
N. MICHIGAN AVE., SUITE 1400 CHICAGO ILLINOIS 60611

**Goods/Services**
Class Status -- ACTIVE.  IC 039.  US  100 105.  G & S: food and meal
delivery services for at home self-preparation meals for
nonprofessional cooks.  First Use: 2014/06/00.  First Use In Commerce:
2014/06/00.

**Prior Registration(s)**
5362224

**Description of Mark**
The mark consists of a fork and knife inside an outline of a house
with the words "HOME CHEF" appearing below.

**Colors Claimed**
Color is not claimed as a feature of the mark.

**Section 2f Statement**
as to "HOME CHEF"

-1-

**Print: Jan 6, 2021**                    **87302128**

**Filing Date**
2017/01/13

**Examining Attorney**
OEHRLEIN,STEFAN

**Attorney of Record**
Laura C. Gustafson



**Print: Jan 6, 2021**                                   **87302130**


**DESIGN MARK**

**Serial Number**
87302130

**Status**
REGISTERED

**Registration Number**
5294674

**Date Registered**
2017/09/26

**Type of Mark**
SERVICE MARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(2) DESIGN ONLY

**Owner**
RELISH LABS LLC DBA HOME CHEF LIMITED LIABILITY COMPANY DELAWARE 400
N. MICHIGAN AVE., SUITE 1400 CHICAGO ILLINOIS 60611

**Goods/Services**
Class Status -- ACTIVE.  IC 043.  US  100 101.  G & S: providing
personalized meal planning of meals that are delivered to individuals'
homes for at home self-preparation meals.  First Use: 2014/06/00.
First Use In Commerce: 2014/06/00.

**Description of Mark**
The mark consists of a fork and knife inside an outline of a house.

**Colors Claimed**
Color is not claimed as a feature of the mark.

**Filing Date**
2017/01/13

**Examining Attorney**
OEHRLEIN,STEFAN

**Attorney of Record**
Laura C. Gustafson



**Print: Jan 6, 2021**                                   **87302132**


**DESIGN MARK**

**Serial Number**
87302132

**Status**
REGISTERED

**Word Mark**
HOME CHEF

**Standard Character Mark**
No

**Registration Number**
5598365

**Date Registered**
2018/11/06

**Type of Mark**
SERVICE MARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(3) DESIGN PLUS WORDS, LETTERS AND/OR NUMBERS

**Owner**
RELISH LABS LLC DBA HOME CHEF LIMITED LIABILITY COMPANY DELAWARE 400
N. MICHIGAN AVE., SUITE 1400 CHICAGO ILLINOIS 60611

**Goods/Services**
Class Status -- ACTIVE.  IC 043.  US  100 101.  G & S: providing
personalized meal planning of meals that are delivered to individuals'
homes for at home self-preparation meals for nonprofessional cooks.
First Use: 2014/06/00.  First Use In Commerce: 2014/06/00.

**Prior Registration(s)**
5362224

**Description of Mark**
The mark consists of a fork and knife inside an outline of a house
with the words "HOME CHEF" appearing below.

**Colors Claimed**
Color is not claimed as a feature of the mark.

**Section 2f Statement**
as to "HOME CHEF"

**Print: Jan 6, 2021**                    **87302132**

**Filing Date**
2017/01/13

**Examining Attorney**
OEHRLEIN,STEFAN

**Attorney of Record**
Laura C. Gustafson





https://play.google.com/store/apps/details?id=com.homechef.android&hl=en_US&gl=US
01/06/2021 12:52:11 PM



https://play.google.com/store/apps/details?id=com.homechef.android&hl=en_US&gl=US
01/06/2021 12:52:11 PM



https://www.homechef.com/users/sign_in?__cf_chl_captcha_tk__=be13038852a1d7663a1c868fbc9f06ad3308ea6-16099666
57-0-AK_DL-pDEcAWT0TB07UYuClVn7Vo6rZw6gakhOghdpvRMs_JEcOFEI-l99Eqg-EFnk-Hg9RoMnFUuAdtRcqFov_ISTDkMVqa6SVuuP6RfNVJ
Bf5ItitaE7ceiGpaoCKIS OUbGApa4iIFcq2SBc-xBQLsiSDCiFbVGIz4J8rpG3C2dakl-sXVaxLMJ_mLTHiS_kiEZyw6hiGi-x7QIX6_ixXsbACCgt9IDdg-DVsJoWtag6Lb6P-P_Q66IW-k-V4ocmi7pMCkhWTj2KsetEfs26g-ooPojoGW6d4i4BtqEUAGBACPUbsUQwPverUsIbHnq1VbuG95my4adsumCkms4ie0RfodpJp_2F36J_Jm5f8UFGcIYFpJ8GOk7Dy.tb31LQC



Email Address

Password                    Forgot password?

https://www.homechef.com/users/sign_in?__cf_chl_captcha_tk__=bc1303885Za1d7663a1c668fbc9f06ad3306ba6-16099666
5Z-0uM_DL-pDE-rAWT0TR07LYfyDr7vTcVsBzZaEgaklrOghdpv9Mn_iEcOFEf-R9Eag-EFra&cXg86sMsF1UbA95uFvr_BT0zMWVqa6SVuuP69NVJ
8f6t6iatZ-xnGpaoCKtS-OUtnGApa4tFir-qZfGBc-sBQLioSDC4PbVGIuIUt8zpG3C2da6-s0VaxLMJ_mLTHS_b4EZyvs6NGi-x7QX06_sr0nbACCgt6fDigJ3VxJzWfagR8JdBP-P_Q86W-kVdocmi7ipMCWWTj2GwttFb26jr_oo/PgiQWtNEqb4IBtgELtAGIBACPUbxUQwPvirtVs9dtnq1VbxGR6myfadsvinCkmuleGxRfqdp4p-2F36I_Jm58ILFGzXiYPyrJ6fjOb7Dy-fb31LGC



https://support.homechef.com/hc/en-us/articles/200961916-How-does-the-Home-Chef-referral-program-work-
01/06/2021 12:53:42 PM

HOME CHEF

# Home Chef Help Center

Please type your question in the search box, or browse our FAQs.

| Search | SEARCH |

Home Chef > Gifts, Vouchers + Credits > Gifts, Vouchers + Credits

## How Does The Home Chef Referral Program Work?

https://support.homechef.com/hc/en-us/articles/208961916-How-does-the-Home-Chef-referral-program-work-
01/06/2021 12:53:42 PM

All active subscribers have access to our referral program, allowing you to earn credit for every referral that signs up with Home Chef. Customers can invite friends and family to join the service by sending an email invitation or by sharing their referral invitation link or unique referral code.

Those who sign up using the referral invitation will receive a $35 discount off of their first order and the active subscriber will earn $35 in Home Chef credit. Customers are not permitted to refer members of the same household.

Keep in mind, the Free Box promotion is not compatible with the $35 for $35 referral program.

SERVICE          RESOURCES          COMPANY

https://support.homechef.com/hc/en-us/articles/208961916-How-does-the-Home-Chef-referral-program-work-
01/06/2021 12:53:42 PM



SERVICE
Our Menu
How It Works
Gift Cards
Login
Sign Up
Terms of Use

RESOURCES
The Table
Recipe Categories
Kitchenware
FAQs & Support
Affiliate Program

COMPANY
About Us
Careers
Press

©2013 - 2017, Relish Labs LLC. Home Chef is a meal delivery service supplying weekly deliveries of fresh,
perfectly portioned ingredients and chef-designed recipes.

https://support.homechef.com/hc/en-us/articles/208961916-How-does-the-Home-Chef-referral-program-work-
01/06/2021 12:54:06 PM

HOME CHEF

# Home Chef Help Center

Please type your question in the search box, or browse our FAQs.

| Search | SEARCH |

Home Chef  >  Gifts, Vouchers + Credits  >  Gifts, Vouchers + Credits

## How Does The Home Chef Referral Program Work?

All active subscribers have access to our referral program, allowing you to earn credit for every referral that signs up with Home Chef. Customers can invite friends and family to join the service by sending an email invitation or by sharing their referral invitation

https://support.homechef.com/hc/en-us/articles/208961916-How-does-the-Home-Chef-referral-program-work-
01/06/2021 12:54:06 PM

link or unique referral code.

Those who sign up using the referral invitation will receive a $35 discount off of their first order and the active subscriber will earn $35 in Home Chef credit. Customers are not permitted to refer members of the same household.

Keep in mind, the Free Box promotion is not compatible with the $35 for $35 referral program.

HOME CHEF

| SERVICE | RESOURCES | COMPANY |
|---|---|---|
| Our Menu | The Table | About Us |
| How It Works | Recipe Categories | Careers |
| Gift Cards | Kitchenware | Press |
| Login | FAQs & Support | |
| Sign Up | Affiliate Program | |

https://www.homechef.com/gift-cards          01/06/2021 12:54:32 PM

HOME CHEF    Our Menu    How It Works    Gift Cards    In Store          Log In    Get Started

# The Gift That Keeps On Cooking

Home Chef is the perfect gift for any lifestyle
and level of culinary skill.

For corporate bulk gift card orders, please call 1-800-
413-9101 or **send us a message.**

https://www.homechef.com/gift-cards          01/06/2021 12:54:32 PM



$65: Our most popular weekly plan! That's
3 meals for 2 people.







**Your message (350 Characters)**

I thought you would enjoy Home Chef! Each week, Home Chef sends you fresh, pre-portioned ingredients along with easy, step-by-step instructions so you can make delicious, home-cooked meals. Happy cooking!

146 characters remaining

Add to Cart

Gift Cards may only be used at homechef.com and cannot be combined with any other offers. Your payment card will be charged at the time of purchase. Product and shipping restrictions may apply. Home Chef is not responsible for any lost, stolen or destroyed Gift Card or use by someone other than yourself or the intended recipient.





HOME CHEF

©2013 - 2021, Relish Labs LLC

**Customer Support**

Mon – Fri 9AM–6PM CST

872-225-2433

Contact Us

https://www.homechef.com/how-it-works          01/06/2021 12:54:53 PM

HOME CHEF    Our Menu    How It Works    Gift Cards    In Store          Log In    Get Started

# How It Works



## 1. Pick Your Meals

Select recipes each week that fit your preferences and dietary restrictions. Accept our suggestions or choose your own!



## 2. Customize Your Plate

Use our Customize It feature to upgrade, swap, or double up your favorite protein on select recipes.







## 3. Cook And Enjoy!

Fresh, pre-portioned ingredients delivered right to your door -- effortlessly create and plate exciting dishes with our step-by-step recipe cards.

https://www.homechef.com/how-it-works        01/06/2021 12:54:53 PM



## BUILD YOUR BOX

With a different menu each week, there's always new recipes to discover!
Find the cooking experience you desire.



**Meal Kits**

Easy recipes with pre-portioned
ingredients ready in about 30

**15 Minute Meal Kits**

Built for speed! Prepped, pre-
portioned ingredients that cook in 15

**Oven-Ready**

Pre-portioned, fresh ingredients
arrive with an oven-safe tin. No prep,

https://www.homechef.com/how-it-works          01/06/2021 12:54:53 PM





https://www.homechef.com/how-it-works    01/06/2021 12:54:53 PM



## AT YOUR DOOR OR IN YOUR STORE

**Order Online**

We make it easy – pick delivery
dates or skip weeks to work with
your schedule.

Pick Your Meals

**Buy in Store**

We're part of the Kroger Family!
Find out where you can find
Home Chef products at a store
near you.

Find a Store

HOME CHEF

**SERVICE**

Our Menu
How It Works
Gift Cards
Login
Sign Up
Students
Terms of Service
Privacy Policy
Do Not Sell My Info

**RESOURCES**

The Table
Recipe Categories
Kitchenware
FAQs & Support
Affiliate Program

**COMPANY**

Careers
Press
Legal
Stores

Pick Your Meals

Get free recipes and special
offers delivered to your
inbox every week!

Email Address    Submit

Download on the App Store    GET IT ON Google Play

Pick Your Meals

©2013 - 2020, Relish Labs LLC. Home Chef is a meal delivery service supplying weekly deliveries of fresh,
perfectly portioned ingredients and chef-designed recipes.

Pick Your Meals

https://www.subway.com/en-us          01/06/2021 12:57:16 PM

https://www.subway.com/en-us          01/06/2021 12:57:16 PM



https://www.subway.com/en-us          01/06/2021 12:57:16 PM



https://www.subway.com/en-us          01/06/2021 12:57:16 PM



## Making Change for Good

https://www.subway.com/en-us       01/06/2021 12:57:16 PM



https://www.subway.com/en-us        01/06/2021 12:57:16 PM



PRIVACY | TERMS OF USE (UPDATED) | ACCESSIBILITY | ADCHOICES | DO NOT SELL MY PERSONAL INFORMATION | COOKIE SETTINGS

Subway® is a Registered Trademark of Subway IP LLC © 2020 Subway IP LLC. All Rights Reserved.

Skip to main content

SEARCH N ▼  |  HIGH CONTRAST ⬤

📍 Find a Subway  |  Careers  |  Gift Cards  |  👤 Sign In  /  Sign Up

SUBWAY®

MENU    NUTRITION    CATERING    REWARDS & DEALS    RESPONSIBILITY    START ORDER

# PLANNING YOUR CATERED EVENT

Check out the ideas below to build
a menu that will make them all happy

START CATERING ORDER

## Serve up something delicious for any event

# Business Meetings

## Office Meetings, Holiday Parties and Training Events

https://www.subway.com/en-US/Catering/CateringPlanning     01/06/2021 01:04:43 PM



**What to Order:**
Signature Wrap Platters, Sub Platters and Subway To Go!™ Meals.
Don't forget the chips & drinks.

**Subway To Go!™ Meals require minimum order of 8.**

START ORDER

## Special Events

### Birthdays, Celebrations and Sports



**What to Order:**
Go big with Giant Subs or keep it simple with Signature Wrap
Platters and Sub Platters. Cookies are a must!

**Giant Sub orders require 24 hr. notice.**

START ORDER

## School Functions

### Field Trips, After School Activities and School Lunches

**What to Order:**
Subway To Go!™ Meals are quick, easy and best of all? Already
packed.

Subway To Go!™ Meals require minimum order of 8.

**START ORDER**

## Kid Stuff

### Parties, Sports and Weekend Events

**What to Order:**
Sub Platters feature grabbable sandwich thirds for active little hands.

**START ORDER**

### Who's hungry?

Whether you've got a family to feed, a soccer team to satisfy, or a starving group of coworkers - You've come to the right place. From flavorful subs and salads to delicious desserts, there's something for everyone with Subway® Catering

https://www.subway.com/en-US/Catering/CateringPlanning          01/06/2021 01:04:43 PM





**Catering Questions?**

Even more info and guidance on catering is right here.

SEE FAQS

**We are where you are**

The closest Subway® is the best Subway®. Amiright?

FIND ONE NEAR YOU

Frito Lay. All chips-related trademarks are owned by Frito-Lay North America, Inc. © 2016

BACK TO TOP

**Order how you want, where you want.**

https://www.subway.com/en-US/Catering/CateringPlanning          01/06/2021 01:04:43 PM



PRIVACY | TERMS OF USE (UPDATED) | ACCESSIBILITY | ADCHOICES | DO NOT SELL MY PERSONAL INFORMATION | COOKIE SETTINGS

Subway® is a Registered Trademark of Subway IP LLC.® 2020 Subway IP LLC. All Rights Reserved.

https://www.subway.com/en-US/Catering/CateringProducts          01/06/2021 01:05:17 PM





**Flavor-packed and stacked with a footlong portion of meat.**

**Available items:**

**Classic Signature Wrap Platter:** A twist on American classics featuring one Cold Cut Combo, two Black Forest Ham, two Turkey Breast, one Tuna and two Italian B.M.T.® on Tomato Basil and Spinach wraps.

**Customize Your Own Platter:** Food allergies? Picky eaters? Build a mouthwatering spread that's just right for your crew.

START ORDER



# Sub Platters

SERVES 5-9 PEOPLE | 15 SERVINGS

**Piled high with a wide variety of taste-bud-tempting deliciousness.**

**Available items:**

**Classic Combo Platter:** Featuring the Cold Cut Combo, Black Forest Ham, Turkey Breast, Tuna and Italian B.M.T.®.

**Customize Your Own Platter:** Food allergies? Picky eaters? Build a mouthwatering spread that's just right for your crew.

START ORDER

# Subway To Go!™ Meals

SERVES 1 PERSON | 1 SERVINGS

## Your favorites all packed up and ready to roll.

**Available items:**

**6-inch Sub Meal:** 6-inch sub, chips and a freshly baked cookie all conveniently packed in a handy to-go box.

**Footlong Sub Meal:** Footlong sub, chips and a freshly baked cookie all conveniently packed in a handy to-go box.

**Signature Wrap Meal:** Signature Wrap, chips and a freshly baked cookie all conveniently packed in a handy to-go box.

Subway To Go!™ items require a minimum of 8 orders.

START ORDER

# Giant Subs

SERVES 10+ PEOPLE | PORTIONS VARY

## The perfect way to satisfy giant hunger

https://www.subway.com/en-US/Catering/CateringProducts        01/06/2021 01:05:17 PM

hunger.

**Available items:**
**3-foot Giant Sub\*:** Serves 10–12.
**6-foot Giant Sub\*:** Serves 20–25.

Giant Sub orders require 24 hr. notice.

**START ORDER**





## Drinks & Sides
Make it a meal with chips and
bottled beverages.

## Desserts
Sweeten the deal with freshly
baked cookies.

https://www.subway.com/en-US/Catering/CateringProducts          01/06/2021 01:05:17 PM



https://www.subway.com/en-US/Catering/CateringProducts    01/06/2021 01:05:17 PM



https://www.subway.com/en-US/Catering/CateringProducts    01/06/2021 01:06:17 PM

Getting Subway® has never been easier!

ORDER PICKUP    ORDER DELIVERY

## What else do you wanna know?

**BE THE BOSS**
Own a Subway
Franchise Info
Next Steps
Apply for Franchise
In-Person Info Sessions
Own a Franchise
Submit a Franchise Location
Non-Traditional Partnerships

**GET TO KNOW US**
About Us
History
News
Our Veterans
US Locations
Explore Our World

**SUSTAINABILITY**
Well-Being
Our Planet
Communities
Modern Slavery

**WORK**
Careers

**FEED 'EM**
Gift Cards

**CONTACT**
Contact Us
FAQs
Unsubscribe

**GET THE APP**
Order, get deals, earn rewards. Yay!

Subway **SubCulture**
Eat, move, live, & do good with us

TheFeed
(Partners)

**STAY CONNECTED**

GET EMAIL DEALS

PRIVACY | TERMS OF USE (UPDATED) | ACCESSIBILITY | ADCHOICES | DO NOT SELL MY PERSONAL INFORMATION | COOKIE SETTINGS

Subway® is a Registered Trademark of Subway IP LLC © 2020 Subway IP LLC. All Rights Reserved.









PRIVACY | TERMS OF USE (UPDATED) | ACCESSIBILITY | ADCHOICES | DO NOT SELL MY PERSONAL INFORMATION | COOKIE SETTINGS

Subway® is a Registered Trademark of Subway IP LLC © 2020 Subway IP LLC. All Rights Reserved.

https://www.subway.com/en-US/MenuNutrition/Nutrition/ExpertAdvice     01/06/2021 01:06:28 PM



https://www.subway.com/en-US/MenuNutrition/Nutrition/ExpertAdvice          01/06/2021 01:06:28 PM



**Rebecca McKeown
MS, RDN**

**Registered Dietitian**

Rebecca uses her expertise to supply detailed
nutrition and ingredient information around the world.
Everyday, Rebecca enables our customers to make
informed decisions. She is also passionate about
wellness and provides healthy living tips and advice
for Subway® team members.



**Produce for Better
Health Foundation**

Subway® is recognized as a More Matters® Industry Role Model
for encouraging our guests with fresh and nutritious options

https://www.subway.com/en-US/MenuNutrition/Nutrition/ExpertAdvice          01/06/2021 01:06:28 PM



https://www.subway.com/en-US/MenuNutrition/Nutrition/ExpertAdvice     01/06/2021 01:06:28 PM



https://www.subway.com/en-US/MenuNutrition/Nutrition/ExpertAdvice        01/06/2021 01:06:28 PM



https://www.subway.com/en-US/MenuNutrition/Nutrition/ExpertAdvice          01/06/2021 01:06:28 PM

Getting Subway® has never been easier!

**ORDER PICKUP** **ORDER DELIVERY**

### What else do you wanna know?

**BE THE BOSS**
Own a Subway
Franchise Info
Next Steps
Apply for Franchise
In-Person Info Sessions
Own a Franchise
Submit a Franchise Location
Non-Traditional Partnerships

**GET TO KNOW US**
About Us
History
News
Our Veterans
US Locations
Explore Our World

**SUSTAINABILITY**
Well-Being
Our Planet
Communities
Modern Slavery

**WORK**
Careers

**FEED 'EM**
Gift Cards

**CONTACT**
Contact Us
FAQs
Unsubscribe

**GET THE APP**
Order, get deals,
earn rewards. Yay!

**SubCulture**
Eat, move, live, & do
good with us

**TheFeed**
(Partners)

**STAY CONNECTED**

**GET EMAIL DEALS**

PRIVACY | TERMS OF USE (UPDATED) | ACCESSIBILITY | ADCHOICES | DO NOT SELL MY PERSONAL INFORMATION | COOKIE SETTINGS

Subway® is a Registered Trademark of Subway IP LLC © 2020 Subway IP LLC. All Rights Reserved.

https://www.subway.com/en-us/ownafranchise    01/06/2021 01 07 30 PM



https://www.subway.com/en-us/ownafranchise          01/06/2021 01:07:30 PM



https://www.subway.com/en-US          01/06/2021 01:07:58 PM



https://www.subway.com/en-US          01/06/2021 01:07:56 PM



https://www.subway.com/en-US       01/06/2021 01:07:58 PM





https://www.subway.com/en-US          01/06/2021 01:07:56 PM



https://www.subway.com/en-US          01/06/2021 01:07:58 PM



ORDER PICKUP    ORDER DELIVERY

### What else do you wanna know?

**BE THE BOSS**
Own a Subway
Franchise Info
Next Steps
Apply for Franchise
In Person Info Sessions
Own a Franchise
Submit a Franchise Location
Non-Traditional Partnerships

**GET TO KNOW US**
About Us
History
News
Our Veterans
US Locations
Explore Our World

**SUSTAINABILITY**
Well-Being
Our Planet
Communities
Modern Slavery

**WORK**
Careers

**FEED 'EM**
Gift Cards

**CONTACT**
Contact Us
FAQs
Unsubscribe

**GET THE APP**
Order, get deals, earn rewards. Yay!

SubCulture
Eat, move, live, & do good with us

TheFeed
(Partners)

**STAY CONNECTED**

GET EMAIL DEALS

PRIVACY | TERMS OF USE (UPDATED) | ACCESSIBILITY | ADCHOICES | DO NOT SELL MY PERSONAL INFORMATION | COOKIE SETTINGS

Subway® is a Registered Trademark of Subway IP LLC © 2020 Subway IP LLC. All Rights Reserved.

https://www.subway.com/en-US/OwnAFranchise/NonTraditionalLocations      01/06/2021 01:08:44 PM

SUBWAY

MENU    NUTRITION    CATERING    REWARDS & DEALS    RESPONSIBILITY    START ORDER

Find a Subway  |  Careers  |  Gift Cards  |  Sign In / Sign Up

[ silent ]

## Non-Traditional
# PARTNERSHIP
# LOCATIONS

With our flexible floor plans, almost any location can have a
Subway® restaurant as a partner.

## Ways to partner with us

### Become a franchise owner

You or your organization would purchase the
franchise, build out, staff, and operate the restaurant.

### Become our landlord

Lease space to an experienced Subway® franchise
owner who will invest, build out, staff, operate the
restaurant and pay a monthly rent.

https://www.subway.com/en-US/OwnAFranchise/NonTraditionalLocations          01/06/2021 01:08:44 PM



**Work with a Food Service Management Company**

-The Food Service Management Company (or FSMC) may already be our franchise owner, or we can help it become one.

-The (FSMC) can manage the Subway® restaurant for your facility.

-The (FSMC) can subcontract space to our franchise owner, who will invest in and operate the restaurant.

**Many locations can partner with Subway® restaurants**

Download brochures for each type of location below.

**Get creative**

We are in many non-traditional sites worldwide, including colleges, airports, hospitals,

⤓ General Information

⤓ Airports

⤓ Department & Grocery Stores

⤓ Hospitals

⤓ Colleges and Universities

⤓ Business and Industry

https://www.subway.com/en-US/OwnAFranchise/NonTraditionalLocations          01/06/2021 01:08:44 PM

convenience stores, cinemas,
hotels, zoos, casinos, museums,
amusement parks and sports
arenas...even churches!

- ⬇ Casinos
- ⬇ Parks and Recreation
- ⬇ Bus and Railroad Stations
- ⬇ C-Stores, and Truck stops

## Your site. Our brand.

See how locations from airports to zoos can partner with
Subway®, the world's largest Quick Service Restaurant chain*

*Based on restaurant count



## Why Subway?

### Globally recognized
We're international leaders in the quick service restaurant industry.

### Vibrant new look
Our restaurants got a makeover! Think modern,

https://www.subway.com/en-US/OwnAFranchise/NonTraditionalLocations        01/06/2021 01:08:44 PM

flexible design, with a welcoming customer
experience that fits in anywhere.

**Our ingredients, your masterpiece**
When it comes to freshly made custom sandwiches and more - we started the
trend.

\*\*Based on restaurant count

BACK TO TOP

**Order how you want,
where you want.**

Getting Subway® has never been easier!

Find Your Subway®

Getting Subway® has never been easier!

**ORDER PICKUP**  **ORDER DELIVERY**

## What else do you wanna know?

**BE THE BOSS**
Own a Subway
Franchise Info
Next Steps
Apply for Franchise
In-Person Info Sessions
Own a Franchise
Submit a Franchise Location
Non-Traditional Partnerships

**GET TO KNOW US**
About Us
History
News
Our Veterans
US Locations
Explore Our World

**SUSTAINABILITY**
Well-Being
Our Planet
Communities
Modern Slavery

**WORK**
Careers

**FEED 'EM**
Gift Cards

**CONTACT**
Contact Us
FAQs
Unsubscribe

**GET THE APP**
Order, get deals, earn rewards. Yay!

**SubCulture**
Eat, move, live, & do good with us

**TheFeed**
(Partners)

**STAY CONNECTED**

**GET EMAIL DEALS**

PRIVACY | TERMS OF USE (UPDATED) | ACCESSIBILITY | ADCHOICES | DO NOT SELL MY PERSONAL INFORMATION | COOKIE SETTINGS

Subway® is a Registered Trademark of Subway IP LLC © 2020 Subway IP LLC. All Rights Reserved.

https://play.google.com/store/apps/details?id=com.blueapron.blueapron.release&hl=en_US&gl=US
01/06/2021 03:38:36 PM



https://play.google.com/store/apps/details?id=com.blueapron.blueapron.release&hl=en_US&gl=US
01/06/2021 03:38:36 PM



your preferences, and there's no commitment—skip a week if you don't have time to cook!

Key Features:

- Discover unique, seasonal recipes created by our chefs each week.
- Manage your account, schedule deliveries and customize your menus on the go.
- Speed up meal prep with exclusive tips, techniques and how-to videos.
- explore our monthy wine delivery service that pairs world-class wines with Blue Apron recipes.
- Enjoy unlimited access to our library of over 1,400 delicious Blue Apron recipes.
- Save all your favorite recipes, so they're always at the ready.

COLLAPSE

REVIEWS                                                 ⓘ Review policy and info

4.4

★ ★ ★ ★ ★                                    ± 5,430 total

**Bianca DHC**
★ ★ ★ ★ ★  December 21, 2020

Best customer service and meal planning tool ever. Love being able to plan the many deli
cious meals and the wonderful customer service this team has. Haven't had issues ever
with quality of food or the level of committed service this team provides.

**Jessica Herring**
★ ★ ★ ★ ★  December 29, 2020

Blue Apron has helped keep me sane during the pandemic by learning new recipes and
making it a little bit easier to adjust to not going out to dinner for some favorite dishes.

**Marci Vail**
★ ★ ★ ★ ★  December 27, 2020

I frequently get bounced out of the app when I'm trying to go back and sometimes when
I'm in the middle of doing something in the app. The information within the app is often cir-

https://play.google.com/store/apps/details?id=com.blueapron.blueapron.release&hl=en_US&gl=US
01/06/2021 03:30:36 PM



Blue Apron          ON THE MENU      PRICING      WINE      GIFTS      MARKET                    LOG IN      SIGN UP

## Log In

EMAIL

PASSWORD

☐ Remember Me?                    Forgot Password?

**LOG IN**

or

**Sign in with Apple**

**Sign in with Facebook**

Don't have an account? Sign Up

https://www.blueapron.com/users/sign_in          01/06/2021 03:39:12 PM



https://www.blueapron.com/ 01/06/2021 03:39:46 PM





## Choose your meals

We keep dinner interesting. From top-rated
favorites and health-conscious options to
Premium dishes and more, variety is
always on the menu.

## Unpack your box

We guarantee the freshness of all our
ingredients and deliver them in an insulated
box right to your door.





## Cook, create, enjoy

https://www.blueapron.com/    01/06/2021 03:39:46 PM



# Cook, create, enjoy

Follow our easy step-by-step recipes to learn new skills, try new tastes, and make your family amazing meals.



WHAT'S IN YOUR BLUE APRON MEAL KIT?

**Delicious, chef-designed recipes**

With step-by-step instructions that are quick, easy, and entertaining—and open you up to new things

**Responsibly sourced, quality ingredients**

Like fresh produce, sustainable seafood, and exclusive spice blends, all packed with attention to the highest safety standards

https://www.blueapron.com/     01/08/2021 03:39:46 PM





Starting at $7.49 per serving

https://www.blueapron.com/          01/06/2021 03:39:46 PM

No commitment. Skipping or canceling meals is easy.

CHOOSE YOUR

FOLLOW US

DISCOVER WHAT'S COOKIN'

FROM THE BLOG

Email Address          GO

This Year, Make New
Year's Brunch at Home

Sign up for offers, recipes, news & more

| On The Menu | Blog | Careers | Customer Support: | © Blue Apron, LLC 2021 |
|---|---|---|---|---|
| Pricing | Cookbook | Press | Help Center & FAQ | Do Not "Sell" My Info |
| Our Vision | Suppliers | Our Team | contact@blueapron.com | Privacy |
| Wine | Affiliates | Investor Relations | (646) 891-4349 | Terms |
| Market | Supply Chains Act | | | |
| Gifts | Food Safety | | | |

If you are using a screen reader and are having problems using this website, please call 1-844-462-8299 for assistance.

https://www.blueapron.com/gifts          01/06/2021 03:40:13 PM





https://support.blueapron.com/hc/en-us          01/06/2021 03:41:27 PM

Blue Apron          On the Menu     Pricing     Our Vision     Wine     Market          Support     Sign Up

# Help Center

How can we help you? Search our FAQs or click one of the
sections below.

Search by topics, keywords or phrases

| About Blue Apron | Recipe Selection | Meal Deliveries |

https://support.blueapron.com/hc/en-us    01/06/2021 03:41:27 PM



| Account Info & Billing | Gifts, Credits, & Promotions | Wine Program |
| Market | Ingredient Standards | Get In Touch |

| On the Menu | Blog | Gifts | © Blue Apron, LLC 2019 |
| Pricing | Contact & FAQ | Careers | Do Not "sell" My Info |
| Mission | Cookbook | Press | Privacy |
| Wine | Suppliers | Our Team | Terms |
| Market | | | |

https://www.grubhub.com/?utm_source=google&utm_medium=cpc&utm_campaign=National+%7C+All+%7C+Brand+%7C+eROAS+Ta
st&utm_term=grub%20hub&utm_content=acct_id-3329632822 camp_id-111844700591 adgroup_id-10990647508597 kwd-47303271
26.creative_id-344900269064 ext_id-_____ 01/06/2021 03:48:26 PM

Your health and safety is our priority, from restaurant to doorstep  Learn More.

GRUBHUB

Get Perks in the app        Sign in

Order food delivery you'll love

Enter street address or zip code

Find food

https://www.grubhub.com/?utm_source=google&utm_medium=cpc&utm_campaign=National+%7C+All+%7C+Brand+%7C+HROAS+Ta
st&utm_term=grub%20hub&utm_content=act_id-3329632822 camp_id-111944/0591 adgroup_id-10966475083? kwid-47383271
26 creative_id-344903090864 ext_id-         01/06/2021 03:48:26 PM



**local**

## Local favorites

Satisfy any craving with delivery from popular neighborhood restaurants and chains. Reorder go-tos or find something new.

## Support restaurants and drivers

Donate your change to the Grubhub Community Relief Fund at checkout. Donations go to charitable organizations supporting local restaurants and drivers impacted by COVID-19.

## Exclusive Perks

Discover more deals and restaurant rewards near you. Cash in on Perks and get $100s in savings.

# Pickup or delivery from restaurants near you

Explore restaurants that deliver near you, or try yummy takeout fare. With a place for every taste, it's easy to find food you crave, and order online or through the Grubhub app. Find great meals fast with lots of local menus. Enjoy eating the convenient way with places that deliver to your door.

Grubhub helps you find and order food from wherever you are. How it works: you type in an address, we tell you the restaurants that deliver to that locale as well as showing you droves of pickup

https://www.grubhub.com/?utm_source=google&utm_medium=cpc&utm_campaign=National+%7C+All+%7C+Brand+%7C+tROAS+Ta
st&utm_term=grub%20hub&utm_content=acct_id-3329632822:camp_id-11184470591:adgroup_id-109664750897:kwd-47303271
26:creative_id-344902690864:ext_id-        01/06/2021 03:45:26 PM

## About Grubhub

restaurants near you. Want to be more specific? Search by cuisine, restaurant name or menu item. We'll filter your results accordingly. When you find what you're looking for, you can place your order online or by phone, free of charge. Oh, and we also give you access to reviews, coupons, special deals and a 24-7 customer care team that tracks each order and makes sure you get exactly what you want.

### Sign up for special offers

**Email address**

your@email.com

**ZIP Code**

11111

Count me in!

### Get to know us

About Grubhub
Our apps
Our blog
Our tech blog, Grubhub Bytes
Careers
Investor relations
News

### Useful links

Gift cards
Grubhub+
Grubhub Perks
FAQ
Help
Catering
Student discounts
Keyboard Shortcuts
Answers

### Connect with us

Facebook
Twitter
Instagram
YouTube

### Partner with us

For restaurants
For drivers
For corporate accounts
Become an Affiliate

### Browse delivery restaurants

**Browse by cuisines**

Alcohol delivery
American Food delivery
Asian Food delivery
Breakfast delivery

**Browse by cities**

Ann Arbor restaurants
Austin restaurants
Bloomington restaurants
Boulder restaurants

Atlanta restaurants
Baltimore restaurants
Boston restaurants
Brooklyn restaurants

**Browse by restaurants**

Restaurant Chains Delivery
Burger King Delivery
Pizza Hut Delivery
Denny's

https://www.grubhub.com/?utm_source=google&utm_medium=cpc&utm_campaign=National+%7C+All+%7C+Brand+%7C+tROAS+Ta
st&utm_term=grub%20hub&utm_content=acct_c6.03296326622,camp_id-11119447059!,adgroup_id-57068a4760835!,kwd-47383271
26,creative_id-344902690364,ext_id-_____01/06/2021 03:46:26 PM

| | | | |
|---|---|---|---|
| Breakfast delivery | Boulder restaurants | Brooklyn restaurants | Denny's |
| Chicken delivery | Champaign restaurants | Chicago restaurants | Church's Chicken Menu |
| Chinese Food delivery | Columbus restaurants | Dallas restaurants | Papa John's Pizza |
| Dessert delivery | Denver restaurants | Detroit restaurants | Restaurants Near Me |
| Dinner delivery | Fort Worth restaurants | Hartford restaurants | Restaurants by Dish |
| Gluten-free delivery | Houston restaurants | Ithaca restaurants | |
| Healthy Food delivery | Las Vegas restaurants | Los Angeles restaurants | |
| Ice Cream delivery | Madison restaurants | Manhattan restaurants | |
| Indian Food delivery | Miami restaurants | Milwaukee restaurants | |
| Italian Food delivery | Nashville restaurants | New Haven restaurants | |
| Japanese delivery | New York City restaurants | Oakland restaurants | |
| Late Night delivery | Orange County restaurants | Philadelphia restaurants | |
| Lunch delivery | Phoenix restaurants | Pittsburgh restaurants | |
| Mexican Food delivery | Portland restaurants | Queens restaurants | |
| Organic Food delivery | Rochester restaurants | San Diego restaurants | |
| Pasta delivery | San Francisco restaurants | San Jose restaurants | |
| Pizza delivery | Scottsdale restaurants | Seattle restaurants | |
| Sandwiches delivery | Syracuse restaurants | Tampa restaurants | |
| Seafood delivery | Tempe restaurants | Urbana restaurants | |
| Soup delivery | Washington, DC restaurants | Show more | |
| Steak delivery | | | |
| Sushi delivery | | | |
| Thai Food delivery | | | |
| Vegetarian Food delivery | | | |
| Wings delivery | | | |
| See more | | | |

© 2021 Grubhub All rights reserved.

Terms of Use                Privacy Policy

CA Privacy Notice           Do Not Sell My Info

https://www.grubhub.com/catering        01/06/2021 03:47:26 PM



GRUBHUB

Order for your office    Sign in

Your favorite catering, delivered

Enter a delivery address

https://www.grubhub.com/catering          01/06/2021 03:47:26 PM





**One place for every taste**
Feed 10-200+ people breakfast, lunch, dinner and everything in between.



**Convenience you can rely on**
Place orders for quick delivery or plan ahead and schedule your order.



**Responsive service**
We're here to help via email, phone or live chat 7 days a week.

## Catering from local restaurants

Order meals, platters, and party must-haves online from the best restaurants near you. With a place for every taste, it's easy to find food you and your group crave. We've expanded our catering restaurant selection to offer more individually packaged catering items to help you keep your diners safe while you enjoy a meal together.

Ordering food for your office? Learn about our corporate accounts

## Catering FAQs

What is Seamless/Grubhub catering?                                        ⌄

How do I browse catering restaurants?                                     ⌄

Is there a minimum to order?                                              ⌄

Will the driver set up my food?                                           ⌄

What happens after I submit my order?                                     ⌄

Are driver tips included in the total?                                    ⌄

What do I do if I need to make a change or cancel my catering order?      ⌄

Can I order catering for pickup?                                          ⌄

What do I do if I did not receive an email order confirmation?            ⌄

Who should I call to check the status of my order?                        ⌄

Who should I call to check the status of my order?

What do I do if my food arrived and there is something wrong with my order?

How do I get a copy of my receipt?

| Get to know us | Useful links | Connect with us | Partner with us |
|---|---|---|---|
| About Grubhub | Gift cards | Facebook | For restaurants |
| Our apps | Grubhub Perks | Twitter | For drivers |
| Our blog | Grubhub+ | Instagram | For corporate accounts |
| Careers | FAQ | YouTube | Become an Affiliate |
| Investor relations | Help | | |
| News | Catering | | |
| | Keyboard Shortcuts | | |
| | Answers | | |

© 2021 Grubhub All rights reserved.

Terms of Use                Privacy Policy

CA Privacy Notice         Do Not Sell My Info

https://media.grubhub.com/media/overview/default.aspx          01/06/2021 03:47:54 PM



**GRUBHUB**

Order Now

Media

About Us      Investors      Media      Careers

Overview
News
Executive Team
Grubhub in the News
Images
Logos

**Contact**

Email: press@grubhub.com

## What is Grubhub?

Grubhub is a leading online and mobile food-ordering and delivery marketplace with the largest and most comprehensive network of restaurant partners. Grubhub features over 300,000 restaurants and is proud to partner with 245,000 of these restaurants in over 4,000 U.S. cities. The Grubhub portfolio of brands includes Grubhub, Seamless, LevelUp, AllMenus and MenuPages. Learn more about Grubhub's mission and how we support restaurants, drivers and diners.

## Recent Announcements

Dec 16/2020
New Benefits and Protections for Grubhub Drivers in California

https://media.grubhub.com/media/overview/default.aspx        01/06/2021 03:47:54 PM

Only members of the press will receive a
response. Please visit our Contact Us page for all
other inquiries.

New Benefits and Protections for Grubhub Drivers in California

Dec 08/2020
Grubhub gives restaurants expanded commission-free ordering solutions

Dec 01/2020
Grubhub's Grant Program Supports Drivers' Community Philanthropic, Business and Educational
Goals

**Email Alerts**

Enter your email

Unsubscribe from Grubhub email alerts

Submit

Read All News

GET TO KNOW US

About GrubHub
Our apps
Our blog
Careers
Investor relations
News

HELP

FAQs
Contact us

PARTNER WITH US

For restaurants
For drivers
For corporate accounts

BROWSE BY CUISINE

BROWSE BY METROPOLITAN CITIES

BROWSE BY CITIES

https://media.grubhub.com/media/overview/default.aspx          01/06/2021 03:47:54 PM

| | | |
|---|---|---|
| American | Brooklyn | Denver |
| Chinese | Manhattan | Baltimore |
| Italian | Queens | Miami |
| Japanese | Boston | Phoenix |
| Mexican | Chicago | Nashville |
| Middle Eastern | Los Angeles | Atlanta |
| Pizza | Philadelphia | Hartford |
| Seafood | San Francisco | Albany |
| Sushi | Washington, DC | Portland |
| Thai | See All » | Pittsburgh |
| Vegetarian | | Houston |
| Vietnamese | | Dallas |
| Find Local Restaurants | | Seattle |
| See All » | | Austin |
| | | Columbus |
| | | Bridgeport |
| | | San Jose |
| | | San Diego |
| | | Orlando |
| | | Detroit |
| | | Tampa |
| | | St. Louis |
| | | Milwaukee |
| | | Minneapolis |
| | | Cleveland |
| | | Cincinnati |
| | | See All » |

© 2017 GrubHub • All rights reserved.

Terms Of Use     Privacy Policy

https://bytes.grubhub.com/          01/06/2021 03:48:43 PM



Sign in     Get started

# Grubhub Bytes

DESIGN     ENGINEERING     PRODUCT     MARKETING

New! The publication beta now supports navigation. Opt in now.

## Dask and TensorFlow in Production at GrubHub

We recently caught up with Alex Egg, Senior Data Scientists at Grubhub, about modern data science and machine learning methods to…

Alex Egg
Aug 19, 2020 · 7 min read

Trending

https://bytes.grubhub.com/          01/06/2021 03:48:43 PM



All posts







### "Just What I Needed": Making Machine Learning Scalable and Accessible at GrubHub

Data scientists at GrubHub develop and deploy predictive models to improve business decision-making, as well as in-app diner, driver, and...



Kyle Jablon
Feb 3, 2020 · 7 min read



### One thousand people. Five days. How Grubhub successfully ran its first hackathon.

Most of the time, the product and engineering teams here at Grubhub build new features, pay down tech debt, and improve support systems...



Michelle Koufopoulos
Oct 22, 2019 · 8 min read



### Introducing Artificial Failure into Service Testing for Real Benefit

Photo by Drew Graham on Unsplash



Kiel Loysen
Aug 3, 2019 · 7 min read



### Using functional programming in Java with a Producer-Consumer.



### SOA: traffic routing and control

SOA Traffic control capabilities that should be considered status



### Optimizing for the mobile web: Moving from Angular to Preact

Browser JavaScript-land was not

https://bytes.grubhub.com/          01/06/2021 03:48:43 PM

In complex networked
applications like ones at
Grubhub, one must program the
application to do many
operations at once. One of the...



Prashant Mehta
Jul 8, 2019 · 5 min read

that should be considered status
quo for a mature service
platform.



William Blackie
Jun 11, 2019 · 8 min read

browser JavaScript-land was not
a place I thought I'd be fighting a
battle of speed. Years ago,
computers and internet speeds
were getting...

George Fu
May 28, 2019 · 8 min read



### Guaranteeing critical microservice actions at Grubhub

At Grubhub, we want you to get
your food. We don't care if a
powerline falls on an AWS
datacenter, a construction worker
accidentally...



Sean Heller
May 14, 2019 · 7 min read



### Why We Use Crypto When Generating Coupon Codes At Scale

There's usually no need to get
fancy when implementing
discount codes, but Grubhub's
scale has pushed us to go
beyond random strings.



Aaron Zinger
Apr 8, 2019 · 8 min read



### Using redux-loop to make tacos at Grubhub

At Grubhub, catering to
restaurants is as important to us
as catering to diners. Restaurants
have to be able to set their
menus, choose...



Baruch Lane
Mar 26, 2019 · 9 min read



### The Angular Conversion Part 4: What we couldn't Automate

(This is the fourth and final part of our series on our conversion from AngularJS to Angular. Part one discussed our history with...

 Amanda DaSilva
Feb 19, 2019 · 6 min read



### Disabling Safari AutoFill for a single line address input

Filling out a form on mobile is tedious—as the user jumps from input to input, the previous information entered becomes out of view and...

 Michael Estwanick
Feb 4, 2019 · 4 min read



### How we build services fast: A look at the Grubhub service framework

When developing around a service-oriented architecture, the engineers at Grubhub had to roll a lot of code for all the technology ...

 Dylan Drop
Jan 14, 2019 · 7 min read



### Using Amazon Mechanical Turk to



### How to stay productive as a remote employee



### Data migration strategies for making a

https://bytes.grubhub.com/          01/06/2021 03:48:43 PM

### Mechanical Turk to crowdsource data on the quality of food images

In the last couple of years, we at Grubhub have actively focused on increasing the volume of images shown to our diners on restaurant menu...



Rohan Kulkarni
Dec 5, 2018 · 8 min read

### as a remote employee

We at Grubhub want the best people regardless of where they live, which is why we've been very supportive of people who work remotely. But...



Ryan Donovan
Nov 26, 2018 · 9 min read

### strategies for making a "Seamless" transition

In the past year, we've migrated thousands of diners from Eat24, Foodler, and OrderUp onto our platforms.



Joe Collins
Oct 29, 2018 · 10 min read



### Scaling ETL: How data pipelines evolve as your business grows

Data drives so much of what we do here at Grubhub. Every order, every dish you search for, every favorited restaurant tell us something...



Christian Heinzmann
Sep 24, 2018 · 9 min read



### Decisions are first class citizens: an introduction to Decision Engineering

with Carolyn Mooney.



Ryan J. O'Neil
Sep 13, 2018 · 6 min read



### Automating the Angular Conversion

When AngularJS upgraded to version two, it changed almost everything. It even dropped the JS part of its name, moving away from JavaScript...



haibot
Aug 2, 2018 · 7 min read



### Cloud infrastructure at Grubhub

Moving to cloud infrastructure at Grubhub enabled a major technical evolution for our high growth, ever-changing e-commerce juggernaut.



William Blackie
Jul 26, 2018 · 5 min read



### Running premortem analysis — imagining failure to ensure success

All Agile projects can fall prey to failure. The most heartbreaking failures come from surprises — those pitfalls in your path you never



David Gargiulo
Jul 9, 2018 · 6 min read



### Learn PySpark locally without an AWS cluster

I'm a relatively new data engineer at Grubhub — this means I needed to quickly learn how to use Apache Spark, which is the data processing...



David Liao
Apr 30, 2018 · 9 min read







https://bytes.grubhub.com/ 01/06/2021 03:48:43 PM

### How to manage changing requirements for a high availability service

You designed a great service that is reliable, efficient, and easy to maintain. You may even think that it is easily extensible. But when



Yiwei Liu
Mar 26, 2018 · 8 min read

### Style guide–driven development — the Android Pattern Library

As we developed our web and mobile platforms over the years, our design patterns collected technical debt. Instead of using a common design...



Roa Bhasin
Mar 13, 2018 · 6 min read

### Angular is coming: Preparing the upgrade

We hope you enjoyed the previous meme-filled part one of this blog post series where we explained the history of our web application and...



tsaibot
Feb 26, 2018 · 8 min read

## Check out the rest of our posts in the archive

Go!

Learn more about Grubhub.

https://play.google.com/store/apps/details?id=com.grubhub.android&hl=en_US&gl=US
01/06/2021 03:49:43 PM



https://play.google.com/store/apps/details?id=com.grubhub.android&hl=en_US&gl=US
01/06/2021 03:49:43 PM



https://play.google.com/store/apps/details?id=com.grubhub.android&hl=en_US&gl=US
01/06/2021 03:49:43 PM



https://play.google.com/store/apps/details?id=com.grubhub.android&hl=en_US&gl=US
01/06/2021 03:49:43 PM



| January 4, 2021 | 52M | 10,000,000+ |
| --- | --- | --- |
| Current Version | Requires Android | Content Rating |
| 7.142 | 5.0 and up | Everyone |
| | | Learn more |
| Permissions | Report | Offered By |
| View details | Flag as Inappropriate | Grubhub |

Developer
Visit website
android@grubhub.com
Privacy Policy

More by Grubhub
See more →

Grubhub for Drivers
Grubhub
★ ★ ★ ★ ☆

©2021 Google    Site Terms of Service  Privacy  Developers  About Google  | Location: United States Language: English (United States)
By purchasing this item, you are transacting with Google Payments and agreeing to the Google Payments Terms of Service and Privacy Notice.

https://team.grubhub.com/marketing-opportunities          01/06/2021 03:50:44 PM



## Marketing

Learn new ways to promote your restaurant, build customer loyalty and marketing best practices.



Filter by type  ▼

### Grubhub-funded promotions in Los Angeles

Learn more →

### Marketing Tool Kit for Restaurants

Learn more →

### How to Get the Most Out of Your Grubhub Listing

Watch the video →

### Is Your Restaurant Website Mobile Friendly?

Learn more →

https://team.grubhub.com/marketing-opportunities          01/06/2021 03:50:44 PM



The Pros and Cons of Seasonal Menus

Learn more →

Grow Your Business With Food Photography

Learn more →

6 Tips for Running a Winning Restaurant on Football Sundays

Learn more →

The Ultimate Guide to Instagram for Your Restaurant, Part I:

Learn more →

The Ultimate Guide to Instagram for Your Restaurant, Part II :

Learn more →

Recipe for Attracting Gen Z Diners

Learn more →

A Guide to Restaurant Reviews

Learn more →

Maintaining Your Restaurant Brand with a Delivery Service

Learn more →

3 Ways to Gain

Secondary Revenue

Why Content

4 Tips for Recruiting



Ways to Gain
Traction on Instagram

Secondary Revenue
Marketing is
Important for Your
Restaurant

Why Content
Marketing is
Important for Your

4 Tips for Recruiting
New Restaurant Staff

Learn more →

Learn more →

Learn more →

Learn more →

Restaurant Delivery
Marketing 101:
Interview with a

3 Ways Upscale
Restaurants Can
Market on Social

The Do's and Don'ts
of Rebranding Your
Restaurant

How Restaurants Can
Capitalize on
Facebook Live

Learn more →

Learn more →

Learn more →

Learn more →

Harnessing the Power
of Restaurant
Reviews

Tips for Making the
Most of Social Media
Recipe Videos

5 Restaurant
Marketing Tips to
Attract Millennials

How to Make Your
Restaurant Food
Instagram-Worthy

Learn more →

Learn more →

Learn more →

Learn more →



5 Helpful Hints for Marketing Your Restaurant Franchise

Learn more →

5 Ways to Attract Restaurant Critics (and Win Them Over)

Learn more →

5 Tips for Marketing Your Fine Dining Delivery

Learn more →

How to Attract Health-Conscious Diners

Learn more →

3 Ways to Crowdsource Your Restaurant Menu

Learn more →

How to Turn Loyal Customers into Brand Advocates

Learn more →

10 Ways to Market a New Restaurant

Learn more →

Which Social Media Channels are Right for Your Restaurant?

Learn more →









**4 Keys to Running a Successful Restaurant Social Media Contest**

Learn more →

**How to Launch a Digital Restaurant Loyalty Program**

Learn more →

**Intro to Restaurant SEO**

Learn more →

**4 Tips for Building a Restaurant Email List**

Learn more →









**How Restaurants Can Market Non-Meal Delivery**

Learn more →

**5 Fun Ways to Encourage Diner Loyalty**

Learn more →

**How to Respond to Negative Restaurant Reviews**

Learn more →

**4 Ways to Take Great Food Photos**

Learn more →









https://team.grubhub.com/marketing-opportunities        01/06/2021 03:50:44 PM



4 Tips for Attracting
the Home Cook
Crowd

Learn more ⟶

5 Restaurant
Customer
Appreciation Ideas

Learn more ⟶

Stop Making These 9
Common Restaurant
Website Mistakes

Learn more ⟶

Why Food
Photography Counts

Learn more ⟶

Tips to Improve your
Grubhub Rating

Learn more ⟶

How Restaurants Can
Make the Most Out of
Customer Feedback

Learn more ⟶



GRUBHUB FOR RESTAURANTS
Learning Center

Manage Account

© Copyright 2021 Grubhub Holdings Inc.

Explore
Basics
Marketing
Operations
Community

Help
Call 877-799-0790
Email restaurants@grubhub.com
Privacy Policy

https://team.grubhub.com/basics          01/06/2021 03:51:26 PM



Filter by type ▾

### Webinar on Demand –Exploring Growth Now with Ric Gruber

Watch the video ⟶

### Adding Alcohol to Your Menu

Learn more ⟶

### Individually Packaged Meals for Catering

Learn more ⟶

### Making Order Adjustments

Learn more ⟶

https://learn.grubhub.com/basics          01/06/2021 03:51:26 PM



Reducing Order
Cancellations

Learn more →

Restaurant Resource
Guide for COVID-19

Learn more →

Updating your
delivery driver
instructions for

Learn more →

Add larger meal
options to your menu

Learn more →

Updating Holiday
and/or Custom Hours

Learn more →

Start or Stop Taking
Orders

Learn more →

Order Confirmation
Notifications

Learn more →

Menu

Learn more →



Contact-Free Delivery

Learn more →

Get started with your account

Learn more →

Smart Promotions

Learn more →

Protecting the health and safety of your customers

Learn more →

Sunsetting Seamless Corporate Restaurants FAQ

Official Training Guide: Get Ready For Grubhub Orders

Group Orders

Catering on Grubhub

https://learn.grubhub.com/basics          01/06/2021 03:51:26 PM



Learn more ⟶        Learn more ⟶        Learn more ⟶        Learn more ⟶

Orders              Financials              Management              Grubhub for Work

Learn more ⟶        Learn more ⟶        Learn more ⟶        Learn more ⟶



GRUBHUB FOR RESTAURANTS
Learning Center

[ Manage Account ]

© Copyright 2021 Grubhub Holdings Inc.

Explore          Help
Basics           Call 877-799-0790
Marketing        Email restaurants@grubhub.com
Operations       Privacy Policy
Community

Exhibit MP12

## NOTIFICATION OF DEATH OF INTERNATIONAL REGISTRATION

## SERIAL NUMBER: 79299249

**The table below presents the data as entered.**

| Input Field | Entered |
| --- | --- |
| INTERNATIONAL REGISTRATION NUMBER | 1563598 |
| OFFICE REFERENCE | 79299249 |
| DATE OF RECORDAL IN THE INTERNATIONAL REGISTER | 08/09/2021 |
| IB DOCUMENT ID | 1487345301 |
| EXPIRATION DATE | 07/27/2021 |
| REASON FOR DEATH | RNN - Renunciation |



UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Trademarks
P.O. Box 1451
Alexandria, VA 22313-1451
www.uspto.gov

Aug 29, 2021

## NOTICE OF ABANDONMENT

STOBBS
Building 1000,; Cambridge Research Park
Cambridge CB25 9PD
UNITED KINGDOM

Docket/Reference
Number:

| | |
|---|---|
| **U.S. Serial Number:** | 79299249 |
| **International Reg. No.:** | 1563598 |
| **Mark:** | Miscellaneous Design |
| **Holder:** | Takeaway.com Central Core B.V. |

THE ABOVE IDENTIFIED U.S. TRADEMARK APPLICATION WAS ABANDONED IN FULL ON Aug 9, 2021 FOR THE FOLLOWING REASON:

The USPTO received notification of the cancellation of the international registration or renunciation of the extension of protection to the United States from the International Bureau (IB) of the World Intellectual Property Organization with respect to all of the goods and services listed in the international registration. The Director hereby abandons the corresponding request for extension of protection. 15 U.S.C. §1141j(a); 37 C.F.R. §7.30.

* If the international registration was canceled at the request of the Office of origin, the holder may be eligible to request transformation into a U.S. application under 15 U.S.C. §1141j(c) within three (3) months of the date of the cancellation of the international registration. See 37 C.F.R. §7.31 for further requirements. Transformation is not available where the international registration has been canceled at the request of the holder.

* Please note that the application is NOT eligible for revival pursuant to 37 C.F.R. §2.66.

* If you believe this application was abandoned due to USPTO error, please file a request for reinstatement using the USPTO electronic form accessible at https://www.uspto.gov/trademarks-application-process/filing-online/petition-forms (select form 7).

* If you believe this application was abandoned due to IB error, please contact the IB at intreg.mail@wipo.int.

* **For further information about this notice, contact the Trademark Assistance Center at 1-800-786-9199 or TrademarkAssistanceCenter@uspto.gov.**

To check the status of an application, go to https://tsdr.uspto.gov/, enter the U.S. application serial number and select the button labeled "Status." or contact the Trademark Assistance Center at 1-800-786-9199. Please check the status of any application at least every three (3) months after the application filing date.

To view this notice and other documents for this application on-line, go to https://tsdr.uspto.gov/, enter the U.S. application serial number and select the button labeled "Documents."

# Exhibit MP13







# Exhibit MP14



Exhibit MP15

      

1





# Home Chef

@realhomechef · 3.5 (2,968 reviews) · Food Delivery Service

■ Sign Up
 homechef.com

**Home** Shop Reviews More ▼ ▫ Liked ▫ Message ▫ •••

## About
See All

■ Fresh, perfectly portioned ingredients and easy-to-follow recipes delivered straight to your door

■ Every day, you're out there making things happen. That's why our CEO, Pat Vihtelic, created Home Chef: to provide everything you need to bring more de… **See more**

■ 501,553 people like this including 7 of your friends


■ 507,461 people follow this

■ https://www.homechef.com/

■ (872) 225-2433

■ Typically replies within a day

      

 support@homechef.com

Price Range · $

Food Delivery Service

## Photos

See All



## Videos

See All



**Happy delivery day!** 🎉 📦 What's in your Home Chef box this week? Share your p...

👍❤️ 22

1.8K Views · 30 weeks ago

      

## Shop

See All



Home Chef Oven Ready Meal Kit ...

$53.94



Home Chef Oven Ready Meal Kit ...

$107.88



Home Chef Meal Kit - Two Meals ...

$35.96



Home Chef Oven Ready Meal Kit ...

$71.92



Home Chef Oven Ready Meal Kit ...

$107.88



Home Chef Oven Ready Meal Kit ...

$215.76



Home Chef Meal Kit - Two Meals ...

$107.88



Home Chef Meal Kit - Five Meals ...

$89.90



Home Chef Meal Kit - Three Meal...

$53.94

## Jobs

See All

Apply for an open position at Home Chef.

 **Production Supervisor - 2nd Shift**
Full-time

See listing

     

 Full-time
1w · Chicago

See listing

 **Senior Recruiter**
Full-time
1w · Chicago

See listing

## Page Transparency

See All

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

RELISH LABS LLC is responsible for this Page.

Page manager locations: United States, Canada

## Add Your Business to Facebook

Showcase your work, create ads and connect with customers or supporters.

**Create Page**

Privacy · Terms · Advertising · Ad Choices · Cookies · More · Facebook © 2021

 **Create Post**

Photo/Video          Check in          Tag Friends

 **Home Chef**
October 28 at 8:00 PM · 🌐

...

#Pancakes for dinner?! 😋 You bet! The side's the star in this comforting homestyle dish. Savory corncakes get drizzled with blueberry BBQ sauce alongside crispy onion chicken and snappy green beans. This  is one comforting meal that'll have your family asking for pancakes for dinner on the reg. Get the recipe here 🍳: http://learn.homechef.com/3di





23                                      10 Comments  1 Share

Like            Comment            Share

Most Relevant

Write a comment...

**Holly Archbold Gentry**
This was pretty fabulous!

Like · **Reply** · 1d          1

**View 8 more comments**



Exhibit MP16

11/1/21, 3:48 PM
Case: 1:21-cv-05312 Document #: 18-8 Filed: 11/03/21 Page 147 of 200 PageID #:1186
homechef (@realhomechef) • Instagram photos and videos

*Instagram*

Search

    



## realhomechef

Follow  ···

**2,525** posts   **218k** followers   **3,769** following

**Home Chef**
Meals Anyone Can Cook + Everyone Will 🤍
Use SOC60 for $20 off your first 🤳 🤳
📷 #realhomechef
For recipes & more, click below👇
like2buy.curalate.com/realhomechef

Followed by xojalonda, ivorybarn, mariashriver +1 more

   

▦ POSTS      ⯈ REELS      ▣ VIDEOS      ▣ TAGGED



11/1/21, 3:48 PM
Case: 1:21-cv-05312 Document #: 18-8 Filed: 11/03/21 Page 148 of 200 PageID #:1187
Home Chef (@realhomechef) • Instagram photos and videos

# Instagram

Search





Search

    

  



Meta   About   Blog   Jobs   Help   API   Privacy   Terms   Top Accounts   Hashtags   Locations   Instagram Lite

English ⌄   © 2021 Instagram from Meta

# Exhibit MP17



     



1,313,732 people follow this

http://grubhub.com/

(877) 585-7878

Typically replies within a few hours
Send Message

social@grubhub.com

Food & Beverage Company

## Photos

See All



## Videos

See All



     



**No more gatekeeping, New York. We're letting you in on the best delivery in the c...**

 18

2.7K Views · 6 days ago

---

 **Page Transparency**                                      See All

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

⬜ **GRUBHUB.COM is responsible for this Page.**

⬜ **Page manager locations include: United States, India, Belarus**

---

**Add Your Business to Facebook**

Showcase your work, create ads and connect with customers or supporters.

**Create Page**

Privacy · Terms · Advertising · Ad Choices ⬛ · Cookies · More · Facebook © 2021

---

                  **Create Post**

Photo/Video                    Check in                    Tag Friends

---

🟠 **Grubhub**
October 28 at 12:00 PM · 🌐                                      •••

We're officially turning up the heat on the delivery game. 🔥

Grubhub+ has the hottest offers. Unlimited free delivery, anyone?

Sign up today: https://grhb.me/GHPLUS... **See more**





👍❤️ 38                                    17 Comments  1 Share

|  Like  |  Comment  |  Share  |

Most Relevant ⬛

🧑 Write a comment...                          ⬛ ⬛ ⬛ ⬛

🧑 **Mallory Anderson**
Maybe if every single one of your drivers wasn't terribly lazy and didn't read any delivery directions, AND I have to to tip them ahead of time, waste of my time and money.
**Like** · **Reply** · 3d                                    👍 1

⬛ 2 Replies

View 6 more comments

🟠 **Grubhub** is at **Posh Pop Bakeshop**.
October 26 at 5:00 PM · 🌐

It's #NationalPumpkinDay, and we're celebrating with this slice of pumpkin s'mores cheesecake

      



 160

30 Comments  39 Shares

Like        Comment        Share

Most Relevant 

Write a comment...

 **Bev Gilmore**
Looks delicious

Like · Reply · 3d

 ✏ Author

      

Like · **Reply** · 3d

View 12 more comments

 **Grubhub**
October 25 at 5:00 PM · 🌐 ···

No more gatekeeping, New York. We're letting you in on the best delivery in the city. 🙌 Thanks, Alex Moffat.

Sign up for free today: https://grhb.me/GHPLUS



👍❤️😠 18     7 Comments   1 Share

 Like      Comment      Share



Write a comment...

**Taylor Green**
Now Grubhub is the new postmates, spend moneys on adds and don't pay drivers. You have to drive 20 minutes to pick up a $5 order and drive another 20 to 30 minutes for delivery. Grubhub the worse app ever but last year, it was so good.

**Like** · **Reply** · 4d

1 Reply

View 2 more comments







Instagram

Search



11/1/21, 3:14 PM
Case: 1:21-cv-05312 Document #: 18-8 Filed: 11/03/21 Page 160 of 200 PageID #:1199
Grubhub (@grubhub) • Instagram photos and videos



Search

    

  



Meta    About    Blog    Jobs    Help    API    Privacy    Terms    Top Accounts    Hashtags    Locations    Instagram Lite

English ⌄    © 2021 Instagram from Meta



https://twitter.com/grubhub



    





# Seamless

@seamless · Food & Beverage Company

■ Use App

■ seamless.com

**Home**    About    Photos    More ▾            ■ Like        ■ **Message**    ■        •••

## Ask Seamless

"Can you tell me more about your business?"                    ■ **Ask**

"Can someone assist me?"                                        ■ **Ask**

"Can I see what's new?"                                         ■ **Ask**

"What kinds of food do you specialize in?"                     ■ **Ask**

| Type a question |                                           ■ **Ask**

## About

See ■

       



467,835 people follow this

http://www.seamless.com/

Typically replies within a day
Send Message

Food & Beverage Company

## Photos

See All



## Videos

See All

       

Once you know how soup dumplings are made, you'll need to know how to eat 'e...

 2.6K

215.4K Views · 5 years ago

### Page Transparency

See All

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

GRUBHUB.COM is responsible for this Page.

Page manager locations include: United States, India, Canada

## Add Your Business to Facebook

Showcase your work, create ads and connect with customers or supporters.

**Create Page**

Privacy · Terms · Advertising · Ad Choices · Cookies · More · Facebook © 2021

                    **Create Post**

Photo/Video                    Check in                    Tag Friends

 **Seamless**

October 22 at 5:00 PM · 🌐

· · ·

Smashed NYC is taking on New York, one double stacked cheeseburger at a time. 🍔

📷 @jeaneatz on IG











Seamless (@seamless) · Instagram photos and videos



# Instagram

Search



## seamless

Follow  ···

**1,896** posts    **31.1k** followers    **1,405** following

Seamless
#HowNewYorkEats
bit.ly/PoweredByGrubhub

   

POSTS    REELS    VIDEOS    TAGGED









Meta    About    Blog    Jobs    Help    API    Privacy    Terms    Top Accounts    Hashtags    Locations    Instagram Lite

English ⌄    © 2021 Instagram from Meta



https://twitter.com/seamless

# Exhibit MP18


(http://www.auburn.edu)

Campus Dining (http://campusdining.auburn.edu/)
Student Affairs

# Grubhub Information

## GRUBHUB TIPS

To use the Grubhub app to order ahead on Auburn's Campus, you must make your location AUBURN UNIVERTSITY

To use Dining Dollars on your Tiger Card as a form of payment on Grubhub, choose the "Declining Balance Tiger CARD" option NOT the "Tiger Club" option

The hours on Grubhub's app are not always accurate. To find correct and up-to-date hours, you can reference Aramark's Tiger Dining (https://auburn.campusdish.com/LocationsAndMenus) page

You may place an order in person at CHICK-FIL-A

To have food delivered use the **844-Eats** option in the app.  This is the ONLY delivery option available with your Dining Dollars.

## HOME CHEF

To order Home Chef vouchers, click here (https://auburn.campusdish.com/Home-Chef)

When ordering Home Chef vouchers, make sure your location is designated as AUBURN UNIVERSITY

The Home Chef option is located under the "Pick-Up" section within the Grubhub app, *but you do NOT pick anything up*.  Your voucher will be emailed to you

Vouchers are manually accounted for and sent out, so there is a **3-5 day waiting period** before they are sent to the email account listed in your Grubhub se your email, try checking spam or junk folders.  The email that is used to send the Vouchers is: HomeChef@auburn.edu

## GRUBHUB KIOSKS

Auburn University is now using kiosks to provide a contactless ordering system with the convenience of picking up your order in person.  When using a kiosk, fee.

You can use your Tiger Card or personal Debit/Credit card at these kiosks.

CHICK-FIL-A has their own *check-in* kiosk on location for when you order online. Order on your app, then you must check-in at the kiosk to confirm you are n food. Once you have checked in, you will be notified when your order is ready.

## FOOD TRUCKS

All Food Trucks use the Grubhub app

The hours on Grubhub's app are not a true reflection of the correct hours for Food Trucks. You may find correct hours, click here: Locations, Hours and Menu (https://auburn.campusdish.com/LocationsAndMenus)

## Quick Links

» Home (http://wp.auburn.edu/campusdining/)

» Meal Plans (https://auburn.campusdish.com/MealPlans/Category?cat=All_Products_11467&lid=11467)

» How It Works (http://wp.auburn.edu/campusdining/how-it-works)

» Sustainability (http://wp.auburn.edu/campusdining/sustainability)

» Community Garden (http://wp.auburn.edu/campusdining/community-garden)

» Locations & Hours (https://auburn.campusdish.com/LocationsAndMenus)

» Accommodations (http://wp.auburn.edu/campusdining/accommodations)

» About Us (http://wp.auburn.edu/campusdining/about-us)

## Contact Us

» 105 Foy Hall, Auburn University (https://www.google.com/maps/dir//32.6047663,-85.4848632/@32.604766,-85.48

» dining@auburn.edu (mailto:dining@auburn.edu)

» 334.844.8504 (tel:3348448504)

(http://campusdining.auburn.edu/wp-content/uploads/2019/09/Another-
wrap.jpg)

(http://campusdining.auburn.edu/wp-
content/uploads/2019/05/51410379_10156321707343160_13716995022132:
1024x824.jpg)

(http://campusdining.auburn.edu/wp-
content/uploads/2019/05/51313193_10156333641333160_2913236597019240
1024x756.jpg)

(http://campusdining.auburn.edu/wp-
content/uploads/2019/05/50578080_10156289477598160_1217096300353290
1024x1024.jpg)

(http://campusdining.auburn.edu/wp-
content/uploads/2019/05/54515707_10156428510603160_652630345883058
957x1024.jpg)

(http://campusdining.auburn.edu/wp-content/uploads/2019/05/52917978_10156385066548160_598917779084541 1024x683.jpg)

(http://campusdining.auburn.edu/wp-content/uploads/2019/05/52961299_10156387329898160_442782085648744 1024x1024.jpg)

(http://campusdining.auburn.edu/wp-content/uploads/2019/05/53075088_10156398033018160_128657116305240 1024x831.jpg)

(http://campusdining.auburn.edu/wp-
content/uploads/2021/02/GrubHub_Logo-1024x1024.png)

(http://campusdining.auburn.edu/wp-
content/uploads/2019/05/53023846_10156387329968160_607508453269910
1024x1024.jpg)

(http://campusdining.auburn.edu/wp-
content/uploads/2019/05/52887332_10156389195673160_831147560145413
1024x776.jpg)

(http://campusdining.auburn.edu/wp-
content/uploads/2019/05/53892573_10156430995563160_806384457189897
1024x683.jpg)

(http://campusdining.auburn.edu/wp-
content/uploads/2019/05/54522761_10156441277778160_483392718130852
1024x683.jpg)

(http://campusdining.auburn.edu/wp-
content/uploads/2019/05/49831298_10156271439123160_68206969283684£

(http://campusdining.auburn.edu/wp-
content/uploads/2019/05/50230745_10156288066358160_782525113278713
1024x1024.jpg)

(http://campusdining.auburn.edu/wp-
content/uploads/2019/05/32860198_10155734136728160_70682565755671€
1024x683.jpg)



(http://campusdining.auburn.edu/wp-
content/uploads/2019/05/55882065_10156445440068160_5533074683739500
1024x1024.jpg)

(http://campusdining.auburn.edu/wp-
content/uploads/2019/10/20190927_112624-e1613583584377-1024x499.jpg)

(http://campusdining.auburn.edu/wp-
content/uploads/2019/05/52682537_10156369651573160_26094188997870E
1024x661.jpg)

(http://campusdining.auburn.edu/wp-
content/uploads/2019/05/56215547_10156458405153160_20260356866996
1024x826.jpg)

(http://campusdining.auburn.edu/wp-
content/uploads/2019/05/56119945_10156445440263160_26318980241749
1024x1024.jpg)

(http://campusdining.auburn.edu/wp-
content/uploads/2019/05/56616327_10156476350603160_73662083181355
e1612802407212.jpg)

(http://campusdining.auburn.edu/wp-
content/uploads/2019/10/20190927_114347-e1571840843716-768x1024.jpg)

(http://campusdining.auburn.edu/wp-content/uploads/2019/11/IMG_8588-
1024x683.jpg)

*Last modified: February 26, 2021*



# Home Chef

Off-Campus Students: Order Home Chef through GRUBHUB using your Dining Dollars!

**Steps:**

1. Login to GRUBHUB and Find the Home Chef shop
2. Check your GRUBHUB account for the most accurate email address
3. Make your purchase using your Dining Dollars
4. Wait for your voucher to come to your email
5. Use the links provided in the email and add your voucher to your Home Chef account
6. Enjoy your meals

**Notes:**

- Home Chef takes 3-5 days after purchase to be delivered to your email.
- GRUBHUB pulls the email address you have on file with GRUBHUB. You will find the voucher in that email address. Please check your spam and junk folder as well.
- Vouchers are delivered by email on Tuesdays and Thursdays from homechef@auburn.com.
- Serving sizes are based on 2 servings and the $120 voucher should provide an estimated 12 servings (5-8 meals). This varies depending on the proteins selected.
- Vouchers cannot be refunded at any point after GRUBHUB confirms purchase.
- Vouchers for the fall will not be sold after December 1st. Voucher codes do not ever expire.
- Please email **HomeChef@auburn.edu** with any Home Chef issues.

10/18/2020, 11:20AM

# Home Chef offers students increased dining selection

By COLLINS KEITH | ASSISTANT CAMPUS EDITOR



IRELAND DODD | PHOTOGRAPHER PHOTOGRAPHER
An Auburn University Student eats a bagel from Einstein
Bros. Bagels on Feb. 1, 2019, in Auburn, Ala.

Campus at noon is no longer a hub of activity. Many students don't even go to campus unless a class or club requires them to, and dining options for students living on campus have been cut down.

With students staying home and many of the campus dining halls closing due to coronavirus fears, Rachael Forbes, sophomore in pre-nursing, said the remaining food choices on campus can get redundant and boring. One way she has brought more of a variety into her diet has been by using Home Chef.

"Home Chef is a meal kit service where you can choose your meals on their site, and they will send you the ingredients pre-measured and easy to follow instructions," Forbes said. "[The] first time I found out about Home Chef was on the GrubHub app, and [I] have just started using it this semester."

Home Chef started in 2013, and according to their website, they've expanded their delivery to cover more than 97% of the U.S. population, delivering over 10 million meals in the last year. Home Chef's goal is to save time and reduce waste, and for Forbes, these traits are what has kept her using it.

"I like using Home Chef because it gives me a fresh, well-rounded plate," Forbes said. "I get to try new dishes, and I especially like that the ingredients are pre-portioned so there is no food waste."

Since Home Chef sends their customers the exact proportions needed for the ingredients in their meals, the only food waste comes from leftovers. Each meal is fully customizable, and customers can pick their meals from different categories.

"Home Chef offers meals for pescatarians, vegetarians, and those with food allergies," Forbes said. "If you have a preference for a certain type of meat then you can even switch it out for what you prefer."

Sign up for our newsletter

Get The Plainsman straight to your inbox.

Your email address

Subscribe



For students, the voucher on GrubHub costs $120, but according to Forbes, the price for these meals is entirely dependent on the amount of servings and meals that customers purchase. Since she's an RA living on campus, Forbes gets her meals from HomeChef delivered straight to her dorm.

"It's easy to use," Forbes said. "I just go to their site using the voucher I bought on GrubHub, choose the meals I want to cook for the next week, enter my address, and it shows up for the day I scheduled it."

For Forbes, Home Chef has been a way for her to start cooking at home without having to do all of the shopping and most of the preparation normally associated with it.

"I will continue to use Home Chef and recommend it to my friends who are looking for an easy way to start cooking and get a balanced meal," Forbes said.

# SHARE

Do you like this story? The Plainsman doesn't accept money from tuition or student fees, and we don't charge a subscription fee. But you can donate to support The Plainsman.

Support The Plainsman

## Collins Keith | Assistant Campus Editor

## Related Stories

11/1/21, 3:59 PM
Case: 1:21-cv-05312 Document #: 18-8 Filed: 11/03/21 Page 187 of 200 PageID #:1226
Home Chef offers Students increased dining selection - The Auburn Plainsman



McClain and Wooden named to SEC weekly award list

By JACOB WATERS | SPORTS WRITER



Suite 1111 | 'The best for Auburn is yet to come'

By TRICE BROWN | MULTIMEDIA EDITOR and CAROLINE CRAIG | COMMUNITY REPORTER



4-star forward Chance Westry commits to Auburn

By LARRY ROBINSON | SPORTS WRITER












**AU Tiger Dining**
September 30, 2020 ·

Don't forget you can order Home Chef through GRUBHUB using your Dining Dollars!

👍 3                                          1 Comment  3 Shares

| Like | Comment | Share |
|------|---------|-------|

Most Relevant ▪

**Joanne Gordon**
Can the voucher only be redeemed at Auburn? Or can it be redeemed while home for the holidays?

Like · Reply · 1y

Write a comment...



# Exhibit MP19


$25 GIFT CARD

City BARBEQUE


$25 GIFT CARD

City BARBEQUE


Q CASH


Buca di BEPPO
Italian Restaurant

Card has no value until activated at register.


$15-$500

GH

GRUBHUB
Restaurants you love, delivered.


$15-$200
CHOOSE AMOUNT

DOORDASH

Your favorite restaurants, delivered.


Uber Eats

$15-$200*

Order the food you love, delivered to your door.

*Choose amount


$50-$250

HOME CHEF
Dinner Made Easy

$50-$250

HOME CHEF
homechef.com


$15 - $100

GIFT GIVING WELL DONE

YOU CAN'T FAKE STEAK

LONGHORN STEAKHOUSE


$15-$100

CARD HAS NO VALUE UNTIL ACTIVATED BY CASHIER

LONGHORN STEAKHOUSE


FRIDAYS.

CHOOSE VALUE FROM $15-$500

Give the Gift of Fridays

TGI FRIDAYS

Cards have no value until activated by cashier.


$15-$500

50% OFF EVERY 4TH VISIT

OUTBACK STEAKHOUSE

GIVE THE GIFT OF STEAK

OUTBACK

**$50-$250**



# HOME CHEF
## Dinner Made Easy

**$50-$250**



**HOME CHEF**

homechef.com

Card has no value until activated by cashier.

$15-$500

50% OFF
EVERY 4TH VISIT



OUTBACK

$15-$5



# City
# BARBEQUE



Card has no value until activated by cashier.

$15-$500



# GRUBHUB®
Restaurants you love, delivered.

GIFT GIVING

Steakhouse

CARD HAS NO VAL
UNTIL ACTIVATED
BY CASHIER



Exhibit MP20



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

**Trademarks > Trademark Electronic Search System (TESS)**

*TESS was last updated on Fri Oct 29 04:07:23 EDT 2021*

| TESS HOME | NEW USER | STRUCTURED | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

WARNING: AFTER **SEARCHING** THE USPTO DATABASE, EVEN IF **YOU** THINK THE RESULTS ARE "O.K.," DO **NOT** ASSUME THAT YOUR MARK CAN BE REGISTERED AT THE USPTO. AFTER YOU FILE AN APPLICATION, THE USPTO MUST DO ITS OWN SEARCH AND OTHER REVIEW, AND MIGHT **REFUSE TO REGISTER** YOUR MARK.

View Search History: [dropdown]

**Records Returned:** [100] **Plurals:** [Yes] *Quick Tips*

**Search Term:** ((110101 or 110102 or 110103 or 110104 or 110725) and (070104 or 070106 or 070125)) [dc] and (029 or 030 or 039 or 043)[ic] and live[ld] and registrant[on]

[Submit Query] [Clear Query]

[Logout] *Please logout when you are done to release system resources allocated for you.*

## US Trademark Field Codes

| Code & Name | Code & Name | Code & Name |
|---|---|---|
| [AD] Abandonment Date | [IC] International Class | [RD] Registration Date |
| [AF] Affidavits | [IR] International Registration Number | [RE] Renewals |
| [AR] Assignment Recorded | [LD] Live/Dead | [RG] Register |
| [AT] Attorney of Record | [MD] Mark Drawing Code | [RN] Registration Number |
| [BI] Basic Index | [MI] Mark Index | [SF] Section 44 Indicator |
| [CB] Current Basis | [MN] Mark Non-Punctuated | [SD] Single Design Code |
| [CC] Coordinated Class | [MP] Mark Punctuated/Word Mark | [SN] Serial Number |
| [CD] Cancellation Date | [OB] Original Filing Basis | [SO] Serial - Other Formats |
| [CR] Change in Registration | [OD] Other Data | [ST] Standard Characters Claimed |
| [DC] Design Search Code | [ON] Owner Name | [SR] Date Amended to Current Register |
| [DD] Design Description | [OW] Owner Name and Address | [TC] Trademark Search Facility Classification Code(limited to 8-28-07 through 1-31-11) |
| [DE] Description of Mark | [PD] Priority Date | [TD] Total Designs |
| [DM] Decimal Mark | [PF] Physical Filing Date | [TF] Distinctiveness Limitation Statement |
| [DS] Disclaimer | [PO] Published for Opposition | [TI] Translation Index |
| [FD] Filing Date | [PM] Pseudo Mark | [TL] Translation |
| [FM] Full Mark | [PI] Pseudo Mark Index | [TM] Type of Mark |
| [GS] Goods and Services | [PR] Prior Registrations | [UD] Update/Load Date |
| | | [US] US Class |

| TESS HOME | NEW USER | STRUCTURED | BROWSE DICT | SEARCH OG | TOP | HELP |

| **HOME** | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY |



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

**Trademarks > Trademark Electronic Search System (TESS)**

TESS was last updated on Fri Oct 29 04:07:23 EDT 2021

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | PREV LIST | NEXT LIST | IMAGE LIST | BOTTOM | HELP |

Logout   *Please logout when you are done to release system resources allocated for you.*

Start | List At: [_____] OR Jump to record: [_____]   **15 Records(s) found (This page: 1 ~ 15)**

Refine Search [((110101 or 110102 or 110103 or 110104 or 110725)] Submit

Current Search: S3: **((110101 or 110102 or 110103 or 110104 or 110725) and (070104 or 070106 or 070125))[dc] and (029 or 030 or 039 or 043)[ic] and live[ld] and registrant[on]**   docs: 15 occ: 92

| | Serial Number | Reg. Number | Word Mark | Check Status | Live/Dead |
|---|---|---|---|---|---|
| 1 | 90163209 | 6369148 | FOOD FARMING & HOSPITALITY INC | TSDR | LIVE |
| 2 | 88653913 | 6406254 | EST. 2015 CATSKILLS KITCHEN FOOD BUSINESS INCUBATOR | TSDR | LIVE |
| 3 | 88260179 | 6240361 | NEEKA'S SOUTHERN RECIPES | TSDR | LIVE |
| 4 | 88200572 | 5786784 | | TSDR | LIVE |
| 5 | 87717382 | 6213813 | MY HOME FOOD | TSDR | LIVE |
| 6 | 87924744 | 5822889 | PORCH SWING FOOD, SPIRITS & PIE | TSDR | LIVE |
| 7 | 87302132 | 5598365 | HOME CHEF | TSDR | LIVE |
| 8 | 87302130 | 5294674 | | TSDR | LIVE |
| 9 | 87302128 | 5609448 | HOME CHEF | TSDR | LIVE |
| 10 | 87302122 | 5241586 | | TSDR | LIVE |
| 11 | 87857287 | 5694978 | PECAN, SWEET POTATO, GERMAN CHOCOLATE CAKE, FRENCH SILK, BUTTERMILK, EGG CREAM CUSTARD, LEMON ICE BOX, BOSTON CREAM, CARROT CAKE PIPPIN APPLE, KEY LIME, FRENCH BLACK BOTTOM, ITALIAN DREAM, TURTLE CHEESECAKE, COCONUT CREAM, DUTCH APPLE, TEXAS PECAN, PUMPKIN, COCONUT MERINGUE, STRAWBERRY CHEESECAKE, BLUEBERRY, STRAWBERRY RHUBARB, WASHINGTON CHERRY, PEACH, ALMOND CHEESECAKE, CHERRY, COCONUT CUSTARD, BAVARIAN CHOCOLATE, CHOCOLATE CREAM, LEMON MERINGUE, BANANA PUDDING CAKE, COCONUT MERENGUE, CHOCOLATE FUDGE CAKE, BANANA CREAM, STRAWBERRY, CHEESECAKE, HOUSE OF PIES, BAYOU GOO | TSDR | LIVE |
| 12 | 86170241 | 4786686 | BY LITEHOUSE OPA GREEK STYLE SALAD DRESSING | TSDR | LIVE |
| 13 | 86403961 | 5161511 | WHEREFOR | TSDR | LIVE |
| 14 | 86526285 | 5158662 | HEART TO HOME MEALS DELICIOUS MEALS MADE FOR SENIORS | TSDR | LIVE |
| 15 | 79082732 | 4095032 | KIRI À LA CRÈME | TSDR | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | PREV LIST | NEXT LIST | IMAGE LIST | TOP | HELP |



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

**Trademarks > Trademark Electronic Search System(Tess)**

*TESS was last updated on Fri Oct 29 04:07:23 EDT 2021*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | PREV LIST | NEXT LIST | BACK TO HIT LIST | BOTTOM | HELP |

Logout | *Please logout when you are done to release system resources allocated for you.*

Start | List At: [      ] OR Jump | to record: [      ]

Total documents in the Image Library are: 15. (This page: 1 ~ 15)





87302122



87857287



86170241



86403961



86526285



79082732

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | PREV LIST | NEXT LIST | BACK TO HIT LIST | TOP | HELP

| .HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

https://tmsearch.uspto.gov/bin/gate.exe?f=brws_img&state=4805:em3gxv.5.1&p_L=100&p_toc=brws_img

2/2