UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

Grubhub Inc., et al.
          Plaintiff,

v.                              Case No.: 1:21−cv−05312
                                Honorable Charles R. Norgle Sr.

The Kroger Co., et al.
          Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 6, 2022:

MINUTE entry before the Honorable Jeffrey Cummings: Preliminary injunction hearing held on 1/6/22. Defendants' motion for preliminary injunction [17] is taken under advisement and a ruling will be issued in due course. As discussed on the record, by 1/13/22, the parties shall inform the Court through a joint e−mail to the Court's chambers e−mail address (chambers_cummings@ilnd.uscourts.gov) whether the parties agree to a limited consent for purposes of the resolution of defendants' motion for preliminary injunction pursuant to Local Rule 73.1(g). Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.