IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GRUBHUB INC. and<br>TAKEAWAY.COM CENTRAL CORE B.V.,<br>    Plaintiffs,<br><br>    v.<br><br>THE KROGER CO. and<br>RELISH LABS LLC,<br>    Defendants. | Case No.: 1:21-cv-05312<br><br>Judge Charles R. Norgle<br><br>Magistrate Jeffrey I. Cummings |

## NOTICE OF APPEAL

Notice is hereby given that Defendants Relish Labs LLC and The Kroger Co. ("Defendants"), by and through their counsel, hereby appeal to the United States Court of Appeals for the Seventh Circuit from the appealable Order (Dkt. 76) entered in this action on May 25, 2022 and which denies Defendants' Motion for Preliminary Injunction.

Dated: May 26, 2022

Respectfully submitted,

William P. Atkins
william.atkins@pillsburylaw.com
PILLSBURY WINTHROP SHAW
PITTMAN LLP
1650 Tysons Boulevard, Suite 1400
McLean, VA 22102
Telephone: (703) 770-7900
Facsimile: (703) 770-7901

Sam E. Iverson
sam.iverson@pillsburylaw.com
PILLSBURY WINTHROP SHAW
PITTMAN LLP
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 983-1234
Facsimile: (415) 983-1200

*/s/Shoba Pillay*
Shoba Pillay

Of Counsel:
spillay@jenner.com
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654-3456
Telephone: (312) 923-2605
Facsimile: (312) 527-0484

*Attorneys for Defendants The Kroger Co. and Relish Labs LLC*

## **CERTIFICATE OF SERVICE**

I certify that on May 26, 2022, a copy of the foregoing **NOTICE OF APPEAL** was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access the filing through the Court's system.

*/s/ Shoba Pillay*
Shoba Pillay